FILED

2003 OCT 16 P 12: 45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JESUS M. DeLEON,                           :   NO.  3:01CV00945 (SRU)
    Plaintiff,

vs.

POLICE CHIEF EDWARD FLAHERTY,
DETECTIVE DAVID BALNIS,
SARGEANT EUGENE M. COYLE,
SARGEANT EDWARD PEKRUL; DETECTIVE
PHILIP DISTISO, DETECTIVE GARY
PALOSI, OFFICER EDWARD APICELLA,
OFFICER CHRISTOPHER SHEA,
OFFICER CHRISTOPHER CORBETT,
SARGEANT JAMES NARDOZZI, AND
SARGEANT ROBERT MAXWELL,
Defendants.                                :   OCTOBER 15, 2003

### DEFENDANTS' MOTION FOR PERMISSION
### TO TAKE A DEPOSITION OUT OF TIME

    The defendants respectfully request permission to take the deposition of a witness in this case, Carl Brown.

    On August 4, 2003, the defendants filed a motion for summary judgment. On September 22, 2003, the plaintiff filed his objection. As part of the submission, plaintiff provided the court with Exhibit B, which is an affidavit by Carl Brown dated November 10, 2002. During the course of discovery, the plaintiff did turn this document over to counsel for the

defendants. In addition to Exhibit B, however, plaintiff included Exhibit 2, which is a more recent affidavit of Carl Brown dated September 15, 2003. The first time the undersigned saw this affidavit was upon receipt of the plaintiff's objection. The new affidavit contains information which is quite different than that which was provided earlier in this case.

In order to fully and properly rebut plaintiff's objection, the defendants would like the opportunity to take the deposition of Carl Brown. Mr. Brown's testimony is relevant not only to the summary judgment motion but also to a trial in this case if one becomes necessary. Allowing the defendants to take this deposition will help to frame the issues in this case and will not cause any undue delay as the case is not scheduled for jury selection or trial. The undersigned contacted Attorney Jason Lipsky regarding this matter and he has no objection.

Therefore, the defendants respectfully request that they be allowed to take the deposition of Carl Brown and then file their rebuttal to plaintiff's objection within ten (10) days from the date of completion of the deposition.

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776

DEFENDANTS, POLICE CHIEF
EDWARD FLAHERTY, ET AL.

BY _____
Michelle Holmes
Federal Bar No.: ct20014
Sack, Spector & Karsten
836 Farmington Avenue
West Hartford, CT 06119
Their Attorney

## CERTIFICATION

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 15th day of October, 2003, to the following counsel of record:

Jason Lipsky, Esquire
Moynahan, Ruskin, Mascolo
& Minnella
P.O. Box 2242
Waterbury, CT  06702

_____
Michelle Holmes

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE•WEST HARTFORD, CT 06119-1544•(860) 233-8251•JURIS NO. 52776