FILED

2003 OCT 16  P 12: 45

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JESUS M. DeLEON,                    :   NO.  3:01CV00945 (SRU)
    Plaintiff,

vs.

POLICE CHIEF EDWARD FLAHERTY,
DETECTIVE DAVID BALNIS,
SARGEANT EUGENE M. COYLE,
SARGEANT EDWARD PEKRUL; DETECTIVE
PHILIP DISTISO, DETECTIVE GARY
PALOSI, OFFICER EDWARD APICELLA,
OFFICER CHRISTOPHER SHEA,
OFFICER CHRISTOPHER CORBETT,
SARGEANT JAMES NARDOZZI, AND
SARGEANT ROBERT MAXWELL,
Defendants.                          :   OCTOBER 15, 2003

**DEFENDANTS' MOTION FOR PERMISSION
TO TAKE A DEPOSITION OUT OF TIME**

The defendants respectfully request permission to take the deposition of a witness in this case, Carl Brown.

On August 4, 2003, the defendants filed a motion for summary judgment. On September 22, 2003, the plaintiff filed his objection. As part of the submission, plaintiff provided the court with Exhibit B, which is an affidavit by Carl Brown dated November 10, 2002. During the course of discovery, the plaintiff did turn this document over to counsel for the

GRANTED; ABSENT OBJECTION.
SO ORDERED
/s/ Stefan R. Underhill, U.S.D.J.
10/28/03

SACK, SPECTOR AND KARSTEN, LLP • ATTORNEYS AT LAW
836 FARMINGTON AVE • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776