```
 1              Detective Balnis that you met Jesus at your

 2              mother's apartment?

 3      A       Yeah.

 4      Q       Is it fair to say you told Detective Balnis

 5              that his name was Jesus DeLeon?

 6      A       I guess.

 7      Q       And that he had just moved from Waterbury to

 8              New York City?

 9      A       I think he was already out here.  I don't know.

10      Q       This is when you were telling him about when

11              you first met him, right?

12                      MR. LIPSKY:  Object to the form of the

13                  question.

14      BY MS. HOMES:

15      Q       So yes or no.  Only because we have to say it

16              out loud for the court reporter.

17      A       Yeah, I guess.

18      Q       So at that time, back in '98, is it possible

19              that you told him that Jesus told you that he

20              had just come from New York and he moved to

21              Waterbury?

22                      MR. LIPSKY:  Object to the form of the

23                  question.

24      BY MS. HOMES:

25      Q       Do you understand my question?
```

TYSZKA REPORTING SERVICE

1   A   No.

2   Q   Let me explain to you, when the other lawyer

3       says "object to the form", that's just because

4       he has a problem with the way I'm phrasing a

5       question.  If you understand my question, you

6       can answer it.  If you don't understand the

7       question, just tell me and I will repeat it.

8   A   Okay.

9   Q   What I was asking you, was it fair to say that,

10      you know, generally speaking now, when you were

11      talking to Detective Balnis, you told him that

12      Jesus told you he had come from New York and

13      moved to Waterbury?

14  A   I guess.  Yeah, I think.

15  Q   Because that's what you -- that's what Jesus

16      told you, right?

17  A   I guess.

18          MR. LIPSKY:  Object to the form of the

19          question.

20  BY MS. HOMES:

21  Q   I mean, Detective Balnis had no reason to know

22      that Jesus had just come from New York, right?

23          MR. LIPSKY:  Object to the form of the

24          question.

25

```
 1   BY MS. HOMES:

 2   Q   Now, in your affidavit, the next sentence says,

 3       "A Spanish guy said he was wanted in New York

 4       City," and in your affidavit you claim that you

 5       never heard that from Jesus DeLeon?

 6   A   No, I didn't.

 7   Q   You didn't know anything about his criminal

 8       history in New York?

 9   A   No.

10   Q   And then in here it states, "About three months

11       ago I moved into the third floor apartment of

12       26 Dikeman Street with Jesus and his girlfriend

13       whose name is Ramika."

14              Did you tell Detective Balnis that?

15   A   I told him the girlfriend's name and I lived in

16       the apartment.

17   Q   You told him that?  Is that fair?  I mean, just

18       generally speaking, is that what you told him?

19   A   Yeah.

20   Q   And is it fair to say that you told him that

21       Vince lives on the second floor of the same

22       house with his girlfriend whose name is Shawna.

23       They call her Shonta on the street?

24   A   I don't know her nickname on the street.  I

25       know her if I saw her.
```

```
 1    Q    Did you tell Detective Balnis about Vince
 2         Lovett?
 3    A    Yeah.  I told him what about him?
 4    Q    Like who he was and where he lived?
 5    A    I don't know.  I know Vince.  I know I know
 6         him.
 7    Q    Did you tell Detective Balnis that you knew
 8         him?
 9    A    I don't know.
10    Q    Now, the rest of this Exhibit 3 goes on to
11         explain what you -- what they say you told
12         Detective Balnis.  Now, your affidavit says
13         that basically you didn't have any
14         conversations with Detective Balnis.
15              MR. LIPSKY:  Objection to form.
16  BY MS. HOMES:
17    Q    And as you sit here now with me, maybe it's
18         that you had some conversation with him; is
19         that true?
20              MR. LIPSKY:  Object to the form of the
21         question.
22    A    Yeah.
23  BY MS. HOMES:
24    Q    You spent about 30 or 45 minutes with him,
25         right?
```

1    A    Yeah.

2    Q    And you told him some things at least, right?

3    A    Yes.

4    Q    So is it really that there was a disagreement

5         with what you think you told Detective Balnis

6         and what Detective Balnis claims you told him?

7         Is there, maybe, just a dispute about that?

8              MR. LIPSKY:  Object to the form of the

9         question.

10   A    Say it again, like.

11   BY MS. HOMES:

12   Q    It's kind of a convoluted question.  This

13        affidavit, sir, that you gave me, it seems to

14        indicate to me that you didn't have any

15        discussions with Detective Balnis at all.

16             MR. LIPSKY:  Objection to form.

17   BY MS. HOMES:

18   Q    And now, I mean, as we look through this and

19        you start thinking back, it looks like you

20        actually did spend some time speaking with him,

21        between 30 and 45 minutes; is that fair to say?

22             MR. LIPSKY:  Object to the form of the

23        question.

24   A    I guess, yes.

25

1    BY MS. HOMES:

2    Q    Now, was he typing as you were talking?

3    A    See, I don't know.  He was typing.  He was

4         like, "Where do you live at?"  And he would

5         type.  "Who did you live with?"  Stuff like

6         that, yeah.

7    Q    Now, were you falling asleep during that

8         conversation?

9    A    No.  I was high, to tell you the truth.

10   Q    What time was this conversation taking place,

11        do you remember?

12   A    I don't know what time.

13   Q    And what do you mean when you said you were

14        high?

15   A    I was on PCP at the time I got caught.

16   Q    But you didn't have any drugs on you when they

17        caught you?

18   A    No.

19   Q    And when had you taken the PCP that day?

20   A    Like, I think, 15 minutes before I went

21        outside.

22   Q    And how long does that particular high last?

23             MR. LIPSKY:  Object to the form of the

24        question.

25

```
 1    BY MS. HOMES:

 2    Q    Based on your experience, because I have to be

 3         honest, I don't have any particular experience

 4         with PCP, so I just need you to explain to me

 5         how long --

 6                   MR. LIPSKY:  Object to the form of the

 7              question.

 8    A    About three or more hours, I guess.

 9    BY MS. HOMES:

10    Q    Three or four?

11    A    Three or more.  Three or better.

12    Q    How do you ingest PCP?

13    A    I smoke it.

14    Q    Do you smoke it with something like marijuana

15         mixed with it?

16    A    No.

17    Q    You just smoke it?

18    A    No.  Yeah.

19    Q    And what do you use to smoke it?

20    A    A Philly wrap or something like that.

21    Q    What's a Philly wrap, rolling papers?

22    A    No, not papers.  It's a blunt, like a regular

23         cigar.

24    Q    And you didn't have any of this stuff on you

25         when they arrested you?
```

Page 38

```
 1   A    Nope.  I smoked it in the house, then I went

 2        outside.  I live down the street from where I

 3        was at.

 4   Q    And when the police first approached you, you

 5        started to run at that time?

 6   A    Uh-hum.

 7   Q    And they caught you?

 8   A    (Witness nods.)

 9   Q    Did they have -- once they caught you, did you

10        have any -- did you resist the arrest?

11   A    No.

12   Q    You were calm?

13   A    They said, "Get on the floor".  I got on the

14        floor.  That's it.

15   Q    You were able to understand their orders to get

16        on the floor?

17   A    Yes.

18   Q    And what happened once you got on the floor?

19   A    I don't know.  All I remember was me in my

20        brand new clothes, so I was mad.

21   Q    What were you wearing that day?

22   A    I just bought it that same day, I think.

23   Q    Do you remember what you were wearing?

24   A    All I remember I had black boots, some kind of

25        jeans.
```

1   Q   Were you yelling or screaming at the officers?

2   A   I said, "I don't do nothing."  He said, "I'm

3       going to find drugs.  I'm going to kick your

4       face in."  I said, "I don't have no drugs.  I

5       don't know what you're talking about."

6              He has a flashlight waving in my face

7       and we was right on Warner Street and it was

8       about the time the kids come out, so I said,

9       "Go ahead.  Hit me.  There's kids right here.

10      Hit me."

11  Q   Did they tell you they had a warrant for you?

12  A   Nope.

13  Q   Did you tell them that you were high?  Probably

14      not.

15  A   No.

16  Q   Once they cuffed you, what happened?

17  A   They put me in a paddy wagon.  Not in a paddy

18      wagon, a cop car.

19  Q   A cop car?

20  A   Yes.

21  Q   What happened while you were in the cop car?

22  A   I was just sitting there.

23  Q   Were you calm?

24  A   I was just sitting there like this.  I said,

25      "What the fuck?  Oh, my God.  I can't believe

1           this shit," like that.

2    Q     You were talking then at that time?

3    A     Not to the cop, to myself.

4    Q     Were you crying?

5    A     No.

6    Q     Laughing?

7    A     No.  I wasn't laughing.

8    Q     Screaming?

9    A     I was mad as hell.

10   Q     Were you screaming?

11   A     I don't scream when I'm mad.

12   Q     Well, did the PCP make you more angry than you

13         would normally have been under those

14         circumstances?

15   A     Yeah.  I don't know.  No, I mean, I don't think

16         it would.

17   Q     You have to speak --

18   A     I said I would be mad anyway if I go to jail

19         for nothing.  I had nothing on me.

20   Q     But the PCP didn't make you go crazy or

21         anything because of this, extra crazy?

22   A     No, I didn't go crazy.

23   Q     You know how TV plays up these things, right?

24   A     Yeah.

25   Q     And PCP didn't make you get charged with

Page 41

```
 1              resisting arrest, or anything like that?

 2    A    Huh-uh.

 3    Q    . So once you were in the cop car, did they move

 4         you to some other car?

 5    A    I don't think so, no.

 6    Q    Did the paddy wagon come and pick you up?

 7    A    I don't think so.

 8    Q    So you think they brought you in that police

 9         car to the station?

10    A    Uh-hum.

11    Q    And why don't you just describe for me how they

12         took you out of the police car once you got to

13         the station.

14    A    I think it was like two or three cops, I think.

15         They didn't drag me out or nothing, I don't

16         think.

17    Q    You weren't resisting arrest?

18    A    I didn't have any physical marks on me.

19    Q    They didn't have to drag you?

20    A    No.

21    Q    Did they have to carry you?

22    A    No.

23    Q    Did you have to request any medical attention?

24    A    No.

25    Q    Did you tell them at that time that you were on
```

1        drugs at that point?

2    A    No.  I can't tell them I'm on drugs.

3    Q    You never told anyone that night that you were

4        on PCP?

5    A    Not the cops.

6    Q    How do you think Detective Balnis should have

7        known maybe that you were on PCP?  How should

8        he have figured that out?

9            MR. LIPSKY:  Object to the form of the

10            question.

11    BY MS. HOMES:

12    Q    Do you know what I mean?  Like, if we're

13        sitting here, just you and I, and I'm

14        interviewing you and you're on PCP, how would I

15        know that you're on PCP?

16    A    Because by the way I'm talking because, like, I

17        think that you're slower, like, that you talk

18        way slower and like your movement is slower.

19    Q    So let's talk about the effect of the high, of

20        the PCP high.  That causes you to move slower?

21    A    Yeah.

22    Q    And talk slower?

23    A    Yeah.

24    Q    What else do you think it causes?

25    A    I don't know.  When I do it, I be, like,

1           relaxed.  I don't bug out or nothing.

2      Q    It gives you a feeling of calmness?

3      A    Depends, like, what mood you're in though at

4           the time when you're doing it.

5      Q    But in this particular situation, let's say, it

6           didn't -- you were feeling calm, or relaxed, at

7           least?

8      A    Not really.  I wasn't relaxed.  I was edgy.

9      Q    You were a little edgy?

10     A    I was mad.  But I wasn't kicking and screaming.

11     Q    While you're talking with Detective Balnis, he

12          should have noticed that you were talking

13          slower and were moving slower.  Was there

14          anything else that he could have noticed?

15     A    Nope.  My eyes don't get red.  I think they get

16          dilated or your pupils get bigger, but your

17          eyes don't get red like when you smoke

18          marijuana.

19     Q    Your eyes don't give the PCP away?

20     A    I don't know if it get dilated or anything, I

21          don't know.

22     Q    I guess we're not medical doctors.  Do you

23          remember Detective Balnis talking to you about

24          the robbery that happened?

25     A    All I remember he said, "You're getting charged

Page 44

```
 1            for robbery."  I said, "What?"  And he said --

 2    Q    Do you remember him telling you anything about

 3         it, like, "Come on.  You know it happened here

 4         down at the G & G Record Store," do you

 5         remember any of that?

 6    A    No.

 7    Q    Do you remember any of those conversations?

 8    A    No.  All I heard is, like, "You're getting

 9         charged for robbery."  I was like, "What?"

10    Q    Do you know that record shop, though?

11    A    Yeah, I know where it's at.

12    Q    What's that called?

13    A    All I know it's a Jamaican record shop.

14    Q    Had you ever been there before?

15    A    No.

16    Q    How do you know it then?

17    A    Because it was up the street from where I was

18         at, where I lived at.

19    Q    Was it far from Dikeman Street?

20    A    Down the street from Dikeman Street.

21    Q    Do you know the Jamaican guys that work over

22         there?

23    A    No.

24    Q    Do you know about their reputation for selling

25         marijuana out of there?
```

1    A    I never bought no weed from them.

2    Q    So in the 30 or 45 minutes you were speaking

3         with Detective Balnis, you never raised your

4         voice at him then?

5    A    Yeah, I was mad.  I guess I did, "What the

6         fuck," I said.  "I'll tell you whatever you

7         want."  "You sign this," and shit, "and you

8         can go home."  I said, "All right.  I'll go

9         home."  "You'll get a PTA.  It won't be in

10        court, or nothing like that."  So I said, "All

11        right."  I just wanted to go home.

12   Q    Did you take the time to read what you were

13        signing?

14   A    No.

15   Q    How did you know to initial it right here?

16        (Indicating.)

17   A    He told me, "Put your initials right here and

18        right here, and sign on the bottom."  I said,

19        "All right."

20   Q    So is it possible that you signed this

21        affidavit here without reading it, this

22        Exhibit 2?

23   A    No, I read it when I was here.

24   Q    This one you read?

25   A    Yes.

Page 46

1    Q    Is it your practice to always sign things that

2         you haven't read?

3                   MR. LIPSKY:  Object to the form of the

4              question.

5    A    No.

6    BY MS. HOMES:

7    Q    No.  Then how about this one, this Exhibit 1.

8         Did you read this before you signed it?

9    A    Uh-hum.  I wrote it.

10   Q    You typed this one.  The lawyer typed this one

11        and you read this one?

12                  MR. LIPSKY:  Which one are we

13             referring to, to be clear?

14   BY MS. HOMES:

15   Q    Exhibit 1 and 2 you read before you signed,

16        right?

17   A    Uh-hum.

18   Q    It was only when you were with the police

19        officer that you didn't read that statement?

20   A    No, I didn't.

21   Q    And just signed it anyways?

22   A    Yes.

23   Q    But the other two you did read?

24   A    Uh-hum.

25                  MS. HOMES:  I don't think I have any

```
 1                  other questions.

 2                      MR. LIPSKY:  Okay.

 3

 4                      CROSS-EXAMINATION

 5   BY MR. LIPSKY:

 6   Q    I'm representing Jesus DeLeon.  Let me ask you

 7        a couple of questions as well.  When you were

 8        interrogated by the police, did they basically

 9        present a deal to you that night or early

10        morning?

11   A    Yeah.

12   Q    What was the deal?

13   A    That I will go home on a PTA, and I wouldn't

14        have no court case.

15   Q    So you had been arrested, and they told you

16        that if you went along with the deal, you would

17        get to go home?

18   A    Right.

19   Q    And going along with the deal meant signing a

20        statement, right?

21                  MS. HOMES:  Object to the form of the

22            question.

23   BY MR. LIPSKY:

24   Q    Okay.  When you met with these police officers,

25        did they shake your hand and introduce
```

1              themselves by name?  Do any that?

2    A    No.

3    Q    Give you a business card?

4    A    No.

5              MS. HOMES:  You have to talk out loud.

6    BY MS. HOMES:

7    Q    Did they give you any type of a letter saying

8         that, "You met with me, this is my name and

9         badge number"?

10   A    No.

11   Q    Did they introduce themselves by name to you?

12   A    No.

13   Q    All right.  When you were in the room with the

14        officer who was typing the statement, was he in

15        a uniform or was he in plain clothes?

16   A    I think regular clothes, like you.  I think a

17        tie and shirt.

18   Q    So he would have been a detective, you think?

19   A    Probably.

20   Q    But he wasn't in a police uniform?

21   A    No.

22   Q    And that person, did he introduce himself to

23        you?

24   A    No.

25   Q    Did he give you a business card?

1    A    No.

2    Q    Did he identify himself by name at all?

3    A    Huh-uh.

4    Q    Did he give you the opportunity to actually

5         read the statement that he had typed?

6    A    I don't think so.  He said, "If you sign these

7         papers," I guess, "you're going home on a PTA."

8    Q    He told you where to sign it?

9    A    He said, "Put your initials on top right here."

10        And he pointed.  And said, "Sign on the

11        bottom."

12   Q    That police official never actually said,

13        "Review it.  Make sure it's right.  Tell me if

14        there's anything wrong," anything to that

15        effect?

16   A    No.

17   Q    How tall were you at the time of this

18        interrogation, Carl?

19   A    Probably like 6'3" or something.

20   Q    How tall are you now?

21   A    6'4".

22   Q    Have you actually grown in the time since?  And

23        this was back in March of '99.

24   A    Yeah, I think so.

25   Q    Now you're about 6'4"?

| | | |
|---|---|---|
| 1 | A | Yes. |
| 2 | Q | Then you were around 6'3"? |
| 3 | A | Yes. |
| 4 | Q | And you knew Jesus DeLeon in March of '99.  How |
| 5 | | tall was Jesus at the time? |
| 6 | A | I have no idea.  Probably still the same, I |
| 7 | | think.  I don't know. |
| 8 | Q | You're just not sure? |
| 9 | A | No. |
| 10 | Q | In Exhibit 2, which is your affidavit, you -- |
| 11 | | in paragraph 11 you say, "I first met Jesus |
| 12 | | DeLeon in Waterbury, Connecticut, when I was |
| 13 | | walking down the street with my brother Joseph |
| 14 | | Thompson of Waterbury, Connecticut." |
| 15 | | Now, earlier today you testified you |
| 16 | | may have met Jesus the first time at a party on |
| 17 | | Ashley Street.  Which was it? |
| 18 | A | It was no party. |
| 19 | Q | Okay. |
| 20 | A | I think he came to my house, but I don't think |
| 21 | | it was a party.  It was no party. |
| 22 | Q | How about meeting Jesus on the street.  Did you |
| 23 | | meet him on the street at all? |
| 24 | A | I don't know. |
| 25 | Q | Or was it the party? |

1    A    I think, I don't know.  Probably both ways.  I

2         don't know.

3    Q    Okay.  Is it possible that you met him on the

4         street and then you all went up to the party

5         together?

6              MS. HOMES:  Objection to form.

7    A    It wasn't a party.

8    BY MR. LIPSKY:

9    Q    It wasn't a party.  Is it possible you met him

10        on the street and then went into the house

11        together?

12   A    Yeah.

13   Q    Something like that?

14   A    Yeah.

15   Q    It's possible?

16   A    Yeah.

17   Q    In fact, did the police let you go that evening

18        after you signed the statement?

19   A    Huh-uh.

20   Q    What happened?

21   A    They put me down in the lock-up.  That's it.

22   Q    Okay.  Did they book you?  Take your

23        fingerprints?

24   A    Yeah, I guess.

25   Q    Take your photograph?

1    A    Yes.

2    Q    Then you were around 6'3"?

3    A    Yes.

4    Q    And you knew Jesus DeLeon in March of '99.  How

5         tall was Jesus at the time?

6    A    I have no idea.  Probably still the same, I

7         think.  I don't know.

8    Q    You're just not sure?

9    A    No.

10   Q    In Exhibit 2, which is your affidavit, you --

11        in paragraph 11 you say, "I first met Jesus

12        DeLeon in Waterbury, Connecticut, when I was

13        walking down the street with my brother Joseph

14        Thompson of Waterbury, Connecticut."

15             Now, earlier today you testified you

16        may have met Jesus the first time at a party on

17        Ashley Street.  Which was it?

18   A    It was no party.

19   Q    Okay.

20   A    I think he came to my house, but I don't think

21        it was a party.  It was no party.

22   Q    How about meeting Jesus on the street.  Did you

23        meet him on the street at all?

24   A    I don't know.

25   Q    Or was it the party?

Page 51

1   A   I think, I don't know.  Probably both ways.  I

2       don't know.

3   Q   Okay.  Is it possible that you met him on the

4       street and then you all went up to the party

5       together?

6               MS. HOMES:  Objection to form.

7   A   It wasn't a party.

8   BY MR. LIPSKY:

9   Q   It wasn't a party.  Is it possible you met him

10      on the street and then went into the house

11      together?

12  A   Yeah.

13  Q   Something like that?

14  A   Yeah.

15  Q   It's possible?

16  A   Yeah.

17  Q   In fact, did the police let you go that evening

18      after you signed the statement?

19  A   Huh-uh.

20  Q   What happened?

21  A   They put me down in the lock-up.  That's it.

22  Q   Okay.  Did they book you?  Take your

23      fingerprints?

24  A   Yeah, I guess.

25  Q   Take your photograph?

Page 52

| | | |
|---|---|---|
| 1 | A | Yeah. |
| 2 | Q | At any point in time, were you presented to |
| 3 | | witnesses for this records store robbery?  Did |
| 4 | | they do a line up? |
| 5 | A | No. |
| 6 | Q | And at any point in time did they show you |
| 7 | | photographs of Jesus? |
| 8 | A | Yeah. |
| 9 | Q | When did they do that? |
| 10 | A | When I was up in the police thing, where they |
| 11 | | were doing the typing, they said, "Is this who |
| 12 | | you live with?"  I said, "Yeah." |
| 13 | Q | And they showed you photographs of Jesus, or of |
| 14 | | someone else? |
| 15 | A | Of Jesus. |
| 16 | Q | Did -- now, I'm going to direct you again to |
| 17 | | Exhibit 2.  Paragraph nine, you've got a |
| 18 | | statement that says, "The police officers never |
| 19 | | showed me a photograph of Jesus DeLeon to |
| 20 | | identify him in connection with the robbery. |
| 21 | | Is that a true statement? |
| 22 | A | No. |
| 23 | Q | Okay. |
| 24 | A | They showed me a picture. |
| 25 | Q | They showed you a picture? |

Page 53

```
 1    A    Yeah.

 2    Q    When, that evening?  Or sometime after that

 3         evening?

 4    A    I think after.

 5    Q    After that evening?

 6    A    Yeah.

 7    Q    Okay.  How soon after that evening?

 8    A    I think the next day because I don't think --

 9         there was no way they had a picture of Jesus

10         there.

11    Q    Had Jesus been arrested, if you know, by the

12         time they showed you that picture?

13    A    I don't know.

14    Q    Okay.  And did you ever sign off on the back of

15         that picture?  Did you fill out some type of

16         identification?

17    A    Not that I recall.

18    Q    Okay.

19              MR. LIPSKY:  Let's go off the record a

20           second.

21

22                     (Discussion off the record.)

23

24              MR. LIPSKY:  Let's go back on the

25           record.
```

1   BY MR. LIPSKY:

2   Q   So you think that you were shown a photograph

3       of Jesus?

4   A   (Witness nods.)

5   Q   At some point in time after you were arrested

6       by the police officers?

7   A   Yeah, I do. (Witness nods.)

8   Q   And you think it was probably the next day?

9   A   Yeah.

10  Q   You sure it was the next day?

11  A   I think it was actually the next day.

12  Q   You think it was the next day?

13  A   Yeah.

14  Q   When you were shown that photograph of Jesus,

15      what did you do in response?  Did you have to

16      sign anything?

17  A   I don't think so.

18  Q   Did you have to sign on the back of the

19      photograph?

20  A   I don't know.  Not that I recall.

21  Q   Did you have to fill out any type of

22      supplemental statements or reports?

23  A   No.

24  Q   Who showed you that photograph, the same guy

25      that typed, or someone else?