Page 55

1   A   I don't know. I think somebody else.
2   Q   Someone else. Okay. And at any point in time
3       did they show you a photograph of Vince Lovett?
4   A   I'm trying to think.
5           MS. HOMES: Carl, You have to speak up
6       so the court reporter can hear you.
7   A   I think so.
8   BY MR. LIPSKY:
9   Q   You think so?
10  A   Yeah.
11  Q   And when he showed you the photograph of Vince
12      Lovett, was that the say time that they showed
13      you the photograph of Jesus?
14  A   I don't know. They only showed me the picture
15      of Jesus that time.
16  Q   When did they show you the picture of Lovett?
17  A.  'I don't know. Probably that same day or night.
18      I don't know. Probably that night when I got
19      arrested or something, I think, I don't know.
20  Q   So they showed you -- is it fair to say that
21      they showed you the picture of Lovett first?
22  A   Probably.
23  Q   Okay. So let's go back through -- let's go
24      through your affidavit which is Exhibit 2, line
25      by line. Okay. Number one says, "I'm over the

TYSZKA REPORTING SERVICE

1    age of 18 and understand the obligations of an
2    oath."
3         You were over the age of 18 when you
4    signed this affidavit back on the 15th of
5    September, right?
6  A  Uh-hum.
7  Q  Paragraph two says you're now six feet
8    four-inches tall.  In February of '99, you were
9    at least six foot three inches tall; is that
10   correct?
11 A  Yes.
12 Q  On or about March 15, 1999, you were arrested
13   by Waterbury police officers; is that correct?
14 A  Yeah, I don't know the date.
15 Q  At the time of your arrested you were
16   interrogated by Detective David Balnis and
17   other officers of the Waterbury police
18   department.  Is that a correct statement?
19 A  (Witness nods.) Yeah.
20 Q  You testified earlier you weren't quite sure
21   the names of the people that interrogated you?
22 A  No, I don't.
23 Q  Now, on the police statement, a Detective
24   Balnis identified himself as making that -- as
25   typing that statement.  Would you disagree with

1      him on that?
2              MS. HOMES:  Object to the form of the
3          question.
4  A    I don't know.
5  BY MR. LIPSKY:
6  Q    He knows his name, presumably, and you told me
7          earlier --
8              MS. HOMES:  Object to the form of the
9          question.
10             MR. LIPSKY:  Let me finish the
11         question.
12             MS. HOMES:  "You told me" is not an
13         appropriate question.
14             MR. LIPSKY:  I will rephrase it.
15 BY MR. LIPSKY:
16 Q    Earlier you testified that Detective Balnis
17        never introduced himself to you, or any other
18        police officer or official, correct?
19 A    Uh-hum.
20 Q    Presumably, the police officers know their own
21        name, correct?
22 A    Uh-hum.  Yeah.
23 Q    So if Detective Balnis writes on that statement
24        that he's the one who is taking the statement,
25        you have no way to prove or disprove that,

```
 1              correct?
 2       A      No.
 3       Q      Would you accept it as being true?
 4       A      I guess, yeah.
 5       Q      Number five on Exhibit 2 says, At the time of
 6              your arrest and interviewed by Detective Balnis
 7              and other police officers, you were under the
 8              influence of PCP narcotics; is that correct?
 9       A      Yeah.
10       Q      6, "I did not write or tape the statement that
11              I signed which is attached as Exhibit A," which
12              is identified in this deposition as Exhibit 3?
13       A      Uh-hum.
14       Q      So that's correct, right?
15       A      Uh-hum.
16       Q      "The statement was prepared for me by the
17              police." Is that a fair statement?
18       A      Yup.
19       Q      You did not volunteer information in connection
20              with the preparation of the statement. The
21              police prepared the statement on their own.
22              Are those statements correct?
23       A      Yes, except for that at the time I gave them
24              where I lived at.
25       Q      And who you lived with?
```

Page 59

```
 1   A    Yeah.
 2   Q    Any other information that you gave to the
 3        police?
 4   A    No, I don't think.
 5   Q    Number seven, "Detective Balnis promised me I
 6        would not spend any time in jail if I signed
 7        this statement attached as Exhibit A," which,
 8        again, is number 3.  I believed him and signed
 9        the statement.  Is that a correct statement?
10   A    Yes.
11   Q    Number eight, "I did not commit a robbery with
12        Jesus DeLeon on February 18, 1999 at the G&G
13        Record Store located at 707 East Main Street,
14        Waterbury, Connecticut;" is that a true
15        statement?
16   A    Yeah.
17   Q    "The police officers never showed me a
18        photograph of Jesus DeLeon to identify him in
19        connection with the robbery;" is that a correct
20        statement?
21   A    He showed me a picture.
22   Q    They showed you a picture of Jesus?
23   A    Yeah, but not that day.
24   Q    Not that day, but the next day?
25   A    Yeah.
```

| | | |
|---|---|---|
| 1 | Q | And you were under arrest at the time? |
| 2 | A | Yes. |
| 3 | Q | And what did you do in response to the officers |
| 4 | | showing you those photographs? |
| 5 | A | They said, "Is that the person you lived with?" |
| 6 | | I go, "Yeah." |
| 7 | Q | The question was: Is this the person you live |
| 8 | | with? |
| 9 | A | Yes. |
| 10 | Q | At any point in time did you say anything to |
| 11 | | the effect of "Yes, and we did that robbery |
| 12 | | together." |
| 13 | A | No, I didn't. No. |
| 14 | Q | Number ten says, "I did not know Jesus DeLeon |
| 15 | | when he lived in New York City." |
| 16 | A | No. |
| 17 | Q | So you did not know him? |
| 18 | A | I did not know him. |
| 19 | Q | "I first met Jesus DeLeon in Waterbury |
| 20 | | Connecticut walking down the street with my |
| 21 | | brother Joseph Thompson of Waterbury, |
| 22 | | Connecticut." |
| 23 | A | Yes. |
| 24 | Q | Is that -- now, we testified, you testified |
| 25 | | earlier that, you know, there is a meeting at |

Page 61

1       Ashley Street, not a party, and that you met
2       him either in the apartment or possibly on the
3       sidewalk?
4   A   I think. I don't know. I think. I don't know
5       the first time I met was in the house or Ashley
6       Street. Still the same way because he lived on
7       Ashley Street, too, at one time.
8   Q   "On November 10, 2002, I voluntarily signed a
9       written statement on behalf of Jesus DeLeon."
10      And that's Exhibit 1 in this deposition. You
11      have read that?
12  A   Uh-hum.
13              MS. HOMES: Yes or no?
14  A   Yeah.
15  BY MR. LIPSKY:
16  Q   Again, that's the one you typed on your own?
17  A   Yeah.
18  Q   And Exhibit B, which is attached to your
19      affidavit, if it was fully informed would be a
20      true and accurate copy of that Exhibit 1
21      statement.
22              Okay. 14, "I knew Vincent Lovett
23      before Jesus DeLeon knew of him. In fact, I
24      introduced them after we all lived in the
25      apartment building on Dikeman Street." Is that

1                 true and accurate?
2       A         Yeah.
3       Q         Number 15. "I never owned a black shirt with
4                 the words "New York" written across the chest."
5       A         No, I never.
6       Q         And number 16, "I never owned a black and
7                 silver jacket;" is that correct?
8       A         Yeah.
9                         MR. LIPSKY: I don't have any further
10                 questions.
11                        REDIRECT EXAMINATION
12      BY MS. HOMES:
13      Q         Let me just ask you a couple more questions.
14                Was this affidavit, when you signed it, was it
15                just presented -- I'm referring to this exhibit
16                here, Exhibit 2. Was it just handed to you by
17                the attorney and he said, "Take a look at this
18                and sign it if it's true."
19      A         Well, he read over it with me like he did just
20                now.
21      Q         He read over it with you?
22      A         Yes.
23      Q         So why are you changing your testimony about
24                the picture and Jesus DeLeon today, when you
25                swore that it was true on September 15 that you

```
 1           never saw a picture of Jesus?
 2    A      I remember they showed me a picture.
 3    Q      Is that just because you didn't remember on
 4           September 15th that they showed you a picture?
 5    A      Yeah.
 6    Q      And now, today, you remember differently?
 7    A      Yeah, I remember they did show me.
 8    Q      They showed you that picture while you were
 9           still incarcerated on the night that you were
10           arrested, right?
11    A      The next day they showed it to me.  The next
12           day.
13    Q      The next day.  Did he show it to you while you
14           were in the room when he was typing on the
15           computer?
16    A      No.
17    Q      It was after you were brought back down to
18           lock-up, they showed you the picture?
19    A      Yeah.
20    Q      Now, you told me just a few minutes ago that
21           Vince Lovett lives on the second floor, right?
22    A      Yes.
23    Q      And did Jesus live on -- did you and Jesus move
24           to Dikeman Street at the same exact time?
25    A      No, Ramika was there first, then Jesus.
```

| | | |
|---|---|---|
| 1 | Q | Jesus was there, too. And you're saying that |
| 2 | | Jesus never met Lovett prior to your |
| 3 | | introduction of him? |
| 4 | A | I don't think so. |
| 5 | Q | You don't think so, or you don't know for a |
| 6 | | fact? |
| 7 | A | I don't know for a fact. I don't think so. |
| 8 | Q | Do you have a -- do you have a specific |
| 9 | | recollection of introducing Jesus to Vince |
| 10 | | Lovett? |
| 11 | A | Right. |
| 12 | Q | When was that? |
| 13 | A | When I moved up there, he was, like, "I live |
| 14 | | downstairs from some people, I don't know them. |
| 15 | | I don't chill with them, nothing like that but |
| 16 | | I seen them." I said, "I know them" and I |
| 17 | | introduced them. |
| 18 | Q | But Jesus lived in the apartment before you |
| 19 | | even moved in there? |
| 20 | A | Right. |
| 21 | Q | Now, on number six here, you tell us that -- |
| 22 | | this is on Exhibit 2, that you did not |
| 23 | | volunteer information in connection with the |
| 24 | | preparation of this statement, the police |
| 25 | | prepared the statement on their own. But you |

Page 65

```
 1         told me today that, in fact, you told them that
 2         you knew Jesus, correct?
 3    A    Uh-hum.
 4    Q    That you -- how you met Jesus, right?
 5    A    Yes.
 6    Q    That Jesus used to live in New York, right?
 7    A    Yes.
 8    Q    That you guys moved to Dikeman Street, right?
 9    A    Uh-hum.
10    Q    That you guys knew Vince Lovett, right?
11    A    Yes.
12    Q    And that Vince Lovett had a girlfriend, right?
13    A    Yeah.
14    Q    That Jesus had a girlfriend, correct?
15    A    Yeah.
16    Q    And you told them where Vince lived and what
17         floor, correct?
18    A    Right.
19    Q    So, in fact, you did provide the police with
20         some information, didn't you?
21    A    Yeah.
22    Q    So that's not an accurate statement in this
23         affidavit that you didn't provide any
24         information to the police, correct?
25    A    Yeah, I guess I did.  Except I told them where
```

```
 1              we lived and everything.
 2    Q         Do you happen to know where any of these girls
 3              are today, Ramika Dozier, for example, is she
 4              around?
 5    A         No, I don't know.
 6    Q         How about Shonta?
 7    A         I don't know either.
 8    Q         You don't know.  Did the police tell you where
 9              they got the picture of Jesus?
10    A         No.
11    Q         Did they tell you where they got the picture of
12              Vince?
13    A         Huh-uh.
14    Q         What did they ask you about Vince Lovett?
15    A         They said, "Do you know him?"  I said, "Yeah, I
16              know him".  Something like that.  I said,
17              "Yeah, as a matter of fact I live under him."
18    Q         By the time they were showing you the pictures,
19              had the effect of the PCP worn off?
20    A         I don't know.  Probably, I guess.  I don't
21              know.  I have no idea.
22    Q         You have no idea?
23    A         I guess so probably.
24    Q         Okay.  Thanks.
25    A         It was likely because it was the next day, so
```

1        it probably did.

2                    RECROSS-EXAMINATION

3    BY MR. LIPSKY:

4    Q    One more question or so.  Had you signed the
5         typed police statement?
6    A    Did I sign it?
7    Q    Before you looked at those photographs of
8         Jesus.
9    A    Yes.
10   Q    So you signed the statement without looking at
11        the photographs of Jesus?
12   A    Yeah.
13   Q    And the no jail promise was offered to you
14        without looking at the photographs of Jesus?
15   A    Yeah.
16              MS. HOMES:  I think we're all set.
17        Thanks Carl.
18
19              (Deposition concluded at 10:34 a.m.)
20
21
22
23
24
25

```
                                                          Page 68
 1                      CERTIFICATION
 2        I, Kathleen S. Norton, a Notary Public duly
 3   commissioned and qualified in and for the State of
 4   Connecticut, do hereby certify that pursuant to
 5   notice, there came before me, on the
 6   8th day of January, 2004, the following named person,
 7   to wit: CARL BROWN , who was by me duly sworn to
 8   testify to the truth and nothing but the truth; that
 9   he was thereupon carefully examined upon his oath and
10   his  examination reduced to writing under my
11   supervision; that this deposition is a true record of
12   the testimony given by the witness.
13        I further certify that I am neither attorney nor
14   counsel for, nor related to, nor employed by any of
15   the parties to the action in which this deposition is
16   taken and further that I am not a relative or
17   employee of any attorney or counsel employed by the
18   parties hereto, or financially interested in the
19   action.
20        IN WITNESS THEREOF, I have hereunto set my hand
21   and affixed my seal this 11th day of January , 2004.
22
23   _____
24   KATHLEEN S. NORTON, RPR, LSR   License #00105
25   My commission expires:  July 31, 2007.
```

## A

able 5:25 38:15
about 5:15 12:8,11,23
  20:19 22:21 25:21
  29:18,20,21 30:19
  31:10 33:7,10 34:1,3
  34:24 35:7 37:8 39:5
  39:8 42:19 43:23
  44:2,24 46:7 49:25
  50:22 56:12 62:23
  66:6,14
above-captioned 69:8
accept 58:3
accurate 14:14 30:16
  61:20 62:1 65:22
across 62:4
action 68:15,19
actually 14:16 17:24
  35:20 49:4,12,22
  54:11
address 5:8 24:22 25:3
  25:11
affidavit 3:14 10:2,3
  12:21 13:20 17:5
  20:7 21:7,13 29:17
  33:2,4 34:12 35:13
  45:21 50:10 55:24
  56:4 61:19 62:14
  65:23
affidavits 12:9
affixed 68:21
after 19:21 26:18,20
  51:18 53:2,4,5,7 54:5
  61:24 63:17
afternoon 19:23
again 18:16 35:10
  52:16 59:8 61:16
age 56:1,3
agency 8:23 9:1,2
ago 22:17 33:11 63:20
agreed 4:13,18 21:9
ahead 5:7 6:15,17 18:5
  39:9
ain't 10:7
AL 1:7 69:2
Alcohol 13:8
alleged 25:19
alone 16:24
along 29:12 47:16,19
already 16:12 27:17
  31:9
always 10:21 46:1
Angel 13:2,4
angry 40:12
another 23:18
answer 6:6,7,8 12:13
  18:3 32:6
answered 10:5
answers 4:8
anyone 42:3
anything 5:24 11:25
  12:3,7 13:10 33:7
  40:21 41:1 43:14,20
  44:2 49:14,14 54:16
  60:10
anyway 40:18
anyways 46:21

apartment 25:8 27:18
  28:9 30:15,23 31:2
  33:11,16 61:2,25
  64:18
APPEARANCES 2:1
applicable 4:9
approached 38:4
appropriate 57:13
April 30:14,18
around 13:1 24:1 26:13
  50:2 66:4
arrest 21:1 38:10 41:1
  41:17 58:6 60:1
arrested 10:10 11:4
  12:10,21 16:11 19:4
  21:6,7 25:21 37:25
  47:15 53:11 54:5
  55:19 56:12,15 63:10
Ashley 24:2,23,24 25:5
  25:9 30:16 50:17
  61:1,5,7
asked 4:7 10:5,6 15:3
  20:12,19 21:5
asking 11:1 22:16 32:9
asleep 36:7
attach 69:18
attached 58:11 59:7
  61:18 69:12
attention 41:23
attorney 5:17 6:22 7:13
  14:13 15:1,5 17:22
  20:10,18 21:14 62:17
  68:13,17
attorneys 4:4
attorney's 15:6,6
August 7:22
authority 4:15
Avenue 2:7 5:9 7:21
  11:3
away 43:19
A-H-I-A 11:16
a.m 5:1 67:19

## B

B 61:18
back 15:1,16 22:16
  31:18 35:19 49:23
  53:14,24 54:18 55:23
  56:4 63:17
badge 48:9
Baldwin 7:24,25 8:2
Balnis 12:22 20:1,9,13
  21:1,4,8,16 30:9,17
  31:1,4 32:11,21 33:14
  34:1,7,12,14 35:5,6
  35:15 42:6 43:11,23
  45:3 56:16,24 57:16
  57:23 58:6 59:5
Based 37:2
basic 10:13
basically 19:17 34:13
  47:8
became 26:19 29:6
before 4:15 5:11 7:23
  10:10,21 12:13 25:20
  25:25 27:18 36:20
  44:14 46:8,15 61:23

  64:18 67:7 68:5
beginning 25:16 30:8
behalf 61:9
being 5:25 58:2
believe 17:11 39:25
believed 59:8
better 37:11
between 4:13 35:21
bigger 43:16
birth 9:16
birthday 26:11,13
bit 12:11,23
black 38:24 62:3,6
blunt 37:22
book 51:22
boots 38:24
both 11:18 51:1
Bottles 8:25
bottom 14:10,14 16:1
  17:8 18:15 45:18
  49:11
bought 38:22 45:1
brand 38:20
break 6:14
BRODERICK 1:11 2:3
brother 23:25 24:3,17
  26:5 30:22 50:13
  60:21
brother's 26:8
brought 22:11,13 30:22
  41:8 63:17
brown 1:10 3:4 5:2,7,9
  14:2,4 17:5 18:15
  23:14 68:7 69:4
brung 19:1 24:3
bug 43:1
building 61:25
bureau 21:22
burglaries 10:17
business 48:3,25

## C

call 24:9 33:23
called 24:5 28:19 44:12
calm 38:12 39:23 43:6
calmness 43:2
came 7:3,10,11,18,19
  7:20 10:4 15:14
  17:21 21:21 24:18
  25:25 26:5,6,10 50:20
  68:5
capital 11:16
car 39:18,19,21 41:3,4
  41:9,12
card 48:3,25
care 6:15
carefully 68:9
carl 1:10 3:4 5:2,9 14:4
  17:5 23:14
  49:18 55:5 67:17
  68:7 69:4
carry 41:21
case 1:5 11:6 12:16
  15:22 47:14 69:1,8
catch 19:21
caught 36:15,17 38:7,9
causes 42:20,24

CB 23:11,19
CERTIFICATION
  68:1
certify 68:4,13
chair 22:10
changing 62:23
charged 40:25 43:25
  44:9
chasing 18:24
checked 69:7
chest 62:4
CHIEF 1:6 69:2
child 11:25 12:3
chill 64:15
Chillin 24:20
cigar 37:23
circumstances 40:14
City 31:8 33:4 60:15
claim 33:4
claims 20:8 35:6
Claudia 14:12 15:14
clear 46:13
clothes 38:20 48:15,16
cocaine 13:8
come 5:21 6:24 7:9
  9:23 10:1 16:4 24:19
  26:24 31:20 32:12,22
  39:8 41:6 44:3
coming 6:19,25
Commencing 5:1
commission 68:25
commissioned 68:3
commit 59:11
computer 15:11 22:12
  22:14,22 63:15
concluded 67:19
conditions 9:9
confirm 23:18
connecticut 1:1,13 2:4
  2:8 5:10 50:12,14
  59:14 60:20,22 68:4
connection 52:20 58:19
  59:19 64:23
conversation 29:24
  34:18 36:8,10
conversations 34:14
  44:7
convoluted 35:12
cool 27:13
cop 39:18,19,21 40:3
  41:3
cops 41:14 42:5
copy 61:20
correct 16:12 23:3,5,7
  23:14 29:14 56:10,13
  56:18 57:18,21 58:1,8
  58:14,22 59:9,19 62:7
  65:2,14,17,24
counsel 4:14 68:14,17
couple 5:15 12:9 21:19
  47:7 62:13
course 22:3,8
court 1:1 4:7 6:4 11:5
  11:24 12:2,4 17:17
  31:16 45:10 47:14
  55:6 69:20
cousin 24:17

crazy 40:20,21,22
created 17:21
criminal 33:7
cross-examination 3:6
  47:4
crying 40:4
CT 1:18
cuffed 39:16
current 5:8
Custom 8:25
CV 1:6

## D

D 3:1
date 9:16,24 30:19
  56:14 69:5
dated 3:13 13:16 14:9
David 21:15 56:16
day 26:23 36:19 38:21
  38:22 53:8 54:8,10,11
  54:12 55:17 59:23,24
  59:24 63:11,12,13
  66:25 68:6,21
deal 47:9,12,16,19
defects 4:20
Defendant 2:6
defendants 1:7 4:5
defendant's 3:12 13:15
  13:19,23 14:3 17:3
  18:6 23:1
deleon 1:4 23:24 30:3
  31:5 33:5 47:6 50:4
  50:12 52:19 59:12,18
  60:14,19 61:9,23
  62:24 69:1
department 18:14,21
  19:2 21:17 22:4
  56:18
Depends 43:3
deponent 69:17
deposition 1:10 4:16,19
  5:11,16,19 6:2 58:12
  61:10 67:19 68:11,15
  69:4
describe 41:11
detective 12:22 20:1,9
  21:1,4,7,15,22 30:9
  30:17 31:1,4 32:11,21
  33:14 34:1,7,12,14
  35:5,6,15 42:6 43:11
  43:23 45:3 48:18
  56:16,23 57:16,23
  58:6 59:5
detectives 19:3
detective's 20:12
different 7:11 12:9
differently 63:6
Dikeman 25:1 27:5,6
  27:14,18 28:9,21,23
  28:25 33:12 44:19,20
  61:25 63:24 65:8
dilated 43:16,20
direct 3:5 5:6 52:16
directed 4:10
disagree 56:25
disagreement 35:4
Discussion 53:22

discussions 35:15
disprove 57:25
dispute 35:7
DISTRICT 1:1,1
doctors 43:22
document 14:5 17:6,9
  17:21 18:7 23:5,13
  29:13
doing 13:2 19:19 43:4
  52:11
done 6:18
down 6:10 38:2 44:4,20
  50:13 51:21 60:20
  63:17
downstairs 64:14
Dozier 27:25 66:3
drag 41:15,19
drink 13:7
drug 12:12,23
drugs 13:5 18:24 19:1
  36:16 39:3,4 42:1,2
duly 5:3 68:2,7
during 6:1 22:2,8 29:23
  36:7
Dust 13:2,4
D-O-Z-I-E-R 27:25

E
E 3:1
each 4:5,7
earlier 50:15 56:20
  57:7,16 60:25
early 47:9
East 1:12 2:3 59:13
edgy 43:8,9
EDWARD 1:6 69:2
effect 42:19 49:15
  60:11 66:19
eight 59:11
either 9:11 61:2 66:7
embalming 13:4
embarrass 12:15
employed 68:14,17
employee 68:17
employment 9:10
enclosed 69:10
enough 16:6
envelope 69:11,18,20
ERRATA 69:17
ESQ 2:4,8
ET 1:7 69:2
even 20:4,5 30:2 64:19
evening 22:8 51:17
  53:2,3,5,7
ever 5:11 10:19 12:2
  25:1 28:19 44:14
  53:14
every 4:7 26:23
everything 6:10 10:13
  21:20 66:1
exact 63:24
exactly 6:18
examination 3:5,7,8
  5:6 62:11 68:10
examined 5:3 68:9
example 66:3
except 4:9 58:23 65:25

exhibit 13:15,19,23
  14:3 17:3 18:6 20:7
  23:2 29:16 34:10
  45:22 46:7,15 50:10
  52:17 55:24 58:5,11
  58:12 59:7 61:10,18
  61:20 62:15,16 64:22
EXHIBITS 3:10 69:12
experience 37:2,3
expires 68:25
explain 32:2 34:11 37:4
extended 16:24
extra 40:21
eyes 43:15,17,19

F
face 39:4,6
faces 20:17
fact 51:17 61:23 64:6,7
  65:1,19 66:17
fair 24:11 30:8,21,25
  31:4 32:9 33:17,20
  35:21 55:20 58:17
fairly 30:16
falling 36:7
familiar 14:6 17:6 18:9
  20:14
far 44:19
Farmington 2:7
February 56:8 59:12
feel 6:12 16:2
feeling 43:2,6
feet 56:7
few 63:20
fiancee 11:18
figured 42:8
filed 17:17
fill 53:15 54:21
finally 19:21
finance 7:6
financially 68:18
find 39:3
fingerprints 51:23
finish 6:5 57:10
firm 15:18
first 5:3,13 9:20 12:21
  18:15 22:9,10,17
  23:13 25:5 26:18
  27:14 31:11 38:4
  50:11,16 55:21 60:19
  61:5 63:25
five 58:5
FLAHERTY 1:6 69:2
flashlight 39:6
floor 24:25 28:9,11,13
  28:14 29:1 33:11,21
  38:13,14,16,18 63:21
  65:17
fluid 13:4
following 68:6 69:7
follows 5:4
foot 56:9
Forge 1:17
forget 9:24
form 4:10 12:17 14:9
  18:2 20:21 21:10
  31:12,22 32:3,18,23

34:15,20 35:8,16,22
  36:23 37:6 42:9 46:3
  47:21 51:6 57:2,8
four 8:13,14 16:19
  37:10
four-inches 56:8
frame 22:24
free 6:12
friend 8:3 24:4 29:9
  30:6
friends 26:19 29:6,7
from 5:25 15:5,6 21:21
  26:2,4 27:3,8,12 29:1
  31:7,20 32:12,22 33:5
  38:2 44:17,19,20 45:1
  64:14 69:17
fuck 39:25 45:6
full 5:8
fully 61:19
further 4:18 62:9 68:13
  68:16

G
G 44:4,4
gave 12:20 15:14,15
  16:17 20:19 35:13
  58:23 59:2
GED 9:15
generally 32:10 33:18
getting 43:25 44:8
girl 24:20 27:11
girlfriend 24:15,16
  27:21,23 28:7 29:2
  30:7 33:12,22 65:12
  65:14
girlfriend's 33:15
girls 66:2
give 5:7,15 10:2 11:25
  12:20 15:22 43:19
  48:3,7,25 49:4
given 4:8 11:8 12:9
  68:12
gives 43:2
go 5:7 6:15,17 9:11
  18:5 19:9,10 26:25
  30:12 39:9 40:18,20
  40:22 45:8,8,11 47:13
  47:17 51:17 53:19,24
  55:23,23 60:6
God 39:25
goes 34:10
going 8:20 9:12 14:2
  19:4,7 39:3,3 47:19
  49:7 52:16
good 8:22
gotten 27:3
ground 5:15
grown 49:22
guess 20:14 24:8 25:16
  26:3 29:3 30:20 31:6
  31:17 32:14,17 35:24
  37:8 43:22 45:5 49:7
  51:24 58:4 65:25
  66:20,23
guessed 20:16
guy 22:22 30:10,15
  33:3 54:24

guys 24:19 26:19 27:5
  44:21 65:8,10
G&G 59:12

H
half 8:17
halfway 8:5 15:2,10,12
hand 15:13 47:25 68:20
handed 62:16
handwriting 18:10
handwritten 23:2
hang 26:25
hanging 24:20 26:20,21
happen 66:2
happened 6:20 16:14
  18:20 38:18 39:16,21
  43:24 44:3 51:20
Harriet 7:21
Harriett 5:9
Hartford 2:8
Hartland 1:18
having 5:3 26:12
hear 19:7 28:19 55:6
heard 26:2 33:5 44:8
HELD 1:11
hell 40:9
helping 9:7
her 7:7 11:15,20,22
  14:21 28:19,21 29:4
  33:23,24,25,25
hereto 68:18
hereunto 68:20
Hickey 24:16
high 36:9,14,22 39:13
  42:19,20
him 7:2,15,16 10:2
  14:25 15:4,19,21 20:4
  23:25 24:3,9,11 25:4
  25:5,18,20 27:8 29:8
  29:25 30:21,22 31:10
  31:11,19 32:11 33:15
  33:17,18,20 34:3,3,6
  34:8,18,24 35:2,6,20
  44:2 45:4 50:23 51:3
  51:9 52:20 57:1 59:8
  59:18 60:17,18 61:2
  61:23 64:3 66:15,16
  66:17
himself 7:10 48:22 49:2
  56:24 57:17
hindering 16:16
history 12:12 33:8
Hit 39:9,10
home 7:14 19:9,11
  24:12,13 45:8,9,11
  47:13,17 49:7
homes 2:8 3:5,7 12:19
  13:12 14:1,18,19 16:3
  16:8,9 17:14,18,20
  18:1,4 20:23 21:12
  31:14,24 32:20 33:1
  34:16,23 35:11,17
  36:1 37:1,9 42:11
  46:6,14,25 47:21 48:5
  48:6 51:6 55:5 57:2,8
  57:12 61:13 62:12
  67:16

honest 37:3
hours 37:8
house 7:2,3,5,18 8:5,6
  14:22 15:2,10,12 24:2
  24:3,14 26:10,25 28:2
  28:5 33:22 38:1
  50:20 51:10 61:5
Huh 19:5
Huh-uh 8:15 12:4 23:4
  27:20 29:19 41:2
  49:3 51:19 66:13

I
idea 19:17 22:20 28:16
  50:6 66:21,22
identification 3:12
  13:17,21,25 53:16
identified 56:24 58:12
identify 49:2 52:20
  59:18
imagine 17:14
incarcerated 8:10
  10:21,23,24 11:5 63:9
inches 56:9
incident 10:10
indicate 35:14
Indicating 14:25 17:25
  45:16
influence 5:24 58:8
information 20:18
  29:18 58:19 59:2
  64:23 65:20,24
informed 61:19
ingest 37:12
initial 23:18 45:15
initials 23:9,15,20,22
  45:17 49:9
interested 68:18
interrogated 21:15,18
  22:2 47:8 56:16,21
interrogation 21:23
  49:18
interrupt 15:24
interview 21:1
interviewed 17:22 20:9
  20:11 21:2 22:6 58:6
interviewing 42:14
introduce 47:25 48:11
  48:22
introduced 57:17 61:24
  64:17
introducing 64:9
introduction 64:3
items 69:7

J
jacket 62:7
jail 8:4 11:2 24:1 27:1,3
  40:18 59:6 67:13
Jamaican 44:13,21
january 1:11 68:6,21
  69:5
JASON 2:4
jeans 38:25
Jessica 24:15
jesus 1:4 6:24 7:9,10,19
  7:20 15:3,15,18,21

23:24 24:5,7 25:25
26:14,18 27:7,17
29:23 30:3,6,10 31:1
31:5,19 32:12,15,22
33:5,12 47:6 50:4,5
50:11,16,22 52:7,13
52:15,19 53:9,11 54:3
54:14 55:13,15 59:12
59:18,22 60:14,19
61:9,23 62:24 63:1,23
63:23,25 64:1,2,9,18
65:2,4,6,14 66:9 67:8
67:11,14 69:1
Jesus's 15:6
job 9:7
Joseph 26:9 50:13
  60:21
judge's 19:7
July 68:25
JURAT 69:16
just 5:21 6:14,17,24
  10:5,21 11:2 12:13,16
  14:5,20 15:21 18:7,8
  21:9,19 23:17,25
  24:13 26:19 27:1,3,15
  28:18 29:8,13 30:21
  31:7,20 32:3,7,22
  33:17 35:7 37:4,17
  38:22 39:22,24 41:11
  42:13 45:11 46:21
  50:8 62:13,15,16,19
  63:3,20 69:18

**K**

K 11:16
KARSTEN 2:7
kathleen 1:16 68:2,24
  69:24
kick 39:3
kicking 43:10
kid 11:17
kids 11:11,13,18 39:8,9
kind 29:11 35:12 38:24
knew 25:18,20 27:8
  28:18 29:23 30:3,9
  34:7 50:4 61:22,23
  65:2,10
know 5:16 12:4,8 13:1
  19:17,19 20:13,15,16
  20:17,17 21:3,19,20
  21:21,22 22:1,16,18
  22:20 24:8 26:15,17
  28:17,20 29:25 30:3
  30:18,20 31:9 32:10
  32:21 33:7,24,25 34:5
  34:5,5,9 36:3,12
  38:19 39:5 40:15,23
  42:12,15,25 43:20,21
  44:3,10,11,13,16,21
  44:24 45:15 50:7,24
  51:1,2 53:11,13 54:20
  55:1,14,17,18,19
  56:14 57:4,20 60:14
  60:17,18,25 61:4,4
  64:5,7,14,16 66:2,5,7
  66:8,15,16,20,21
known 42:7

knows 57:6

**L**

ladies 14:23
larceny 10:14,15 27:4
last 9:25 10:24 11:8
  36:22
laughing 40:6,7
law 15:18
lawyer 15:4,15,22 32:2
  46:10
lawyers 15:17
least 18:12 35:2 43:7
  56:9
leave 16:18
left 8:19 16:24,25
let 5:23 6:5 12:13 18:5
  19:8 20:24 32:2 47:6
  51:17 57:10 62:13
let's 14:22 42:19 43:5
  53:19,24 55:23,23
License 68:24
letter 3:13 13:16 14:8,8
  15:4 16:10 48:7
like 9:15,24 10:7,13,14
  11:2 12:3 13:1,10
  14:8,12 16:17 17:1
  18:11,23 19:3,9,11
  21:25 23:18 24:21
  26:23,23,24 27:7,15
  27:15 34:4 35:10,19
  36:4,5,20 37:14,20,22
  39:24 40:1 41:1,14
  42:12,16,17,18,25
  43:3,17 44:3,8,9
  45:10 48:16 49:19
  51:13 62:19 64:13,15
  66:16
likely 66:25
line 52:4 55:24,25
lipsky 2:4 3:6,8 5:17
  6:23 7:13 12:17
  14:16 15:1,24 16:6
  17:16,19,22,24 18:2
  20:10,19,21 21:10,14
  31:12,22 32:18,23
  34:15,20 35:8,16,22
  36:23 37:6 42:9 46:3
  46:12 47:2,5,23 51:8
  53:19,24 54:1 55:8
  57:5,10,14,15 61:15
  62:9 67:3
little 12:11,23 23:25
  24:3,17 43:9
live 7:5,23 25:1,25
  27:11 28:7,10,25 36:4
  36:5 38:2 52:12 60:7
  63:23 64:13 65:6
  66:17
lived 7:21 27:14 29:19
  33:15 34:4 44:18
  58:24,25 60:5,15 61:6
  61:24 64:18 65:16
  66:1
lives 33:21 63:21
living 25:13 28:22
LLP 2:7

located 59:13
lock-up 51:21 63:18
long 7:20 8:12,16,18
  19:15,16,19 21:23
  22:17,18,22 36:22
  37:5
look 9:7 14:5 17:4,6
  18:7 23:1 29:10
  35:18 62:17
looked 67:7
looking 23:17 67:10,14
looks 14:6,8,12 18:8,11
  23:18 35:19
loud 6:7 31:16 48:5
Lovett 28:20,22 34:2
  55:3,12,16,21 61:22
  63:21 64:2,10 65:10
  65:12 66:14
LSR 1:16 68:24

**M**

M 1:4 2:4
mad 38:20 40:9,11,18
  43:10 45:5
Main 1:12 2:3 59:13
make 4:6 16:7 40:12,20
  40:25 49:13
making 56:24
man 30:6
many 11:13
March 18:21 49:23
  50:4 56:12
marijuana 10:14 12:25
  13:6 37:14 43:18
  44:25
mark 13:12
marked 13:17,20,24
  14:3 17:3
marks 41:18
matter 66:17
may 50:16
maybe 22:6 28:19
  30:12,13 34:17 35:7
  42:7
mean 12:14 32:21
  33:17 35:18 36:13
  40:15 42:12
meant 47:19
medical 41:23 43:22
meet 7:15,16 15:5 27:7
  50:23
meeting 50:22 60:25
Melinda 7:8
met 5:17 7:13 15:17
  23:24,25 24:11 25:4,5
  26:14,18 28:21,22
  29:8 30:14,21 31:1,11
  47:24 48:8 50:11,16
  51:3,9 60:19 61:1,5
  64:2 65:4
MICHELLE 2:8
might 6:8
Mike 8:3
mind 12:12 30:4
MINNELLA 1:11 2:3
minutes 21:25 22:1
  29:21 34:24 35:21

36:20 45:2 63:20
mixed 37:15
mom 25:13
mom's 28:5
Moncelvo 7:8
month 9:25
months 8:19 27:4 33:10
mood 43:3
more 16:17 22:2,7 37:8
  37:11 40:12 62:13
  67:4
morning 47:10
mother 12:5 24:16
mother's 25:8 26:10
  30:15,23 31:2
move 4:9 27:5 41:3
  42:20 63:23
moved 27:18 28:2 31:7
  31:20 32:13 33:11
  64:13,19 65:8
movement 42:18
moving 43:13
MOYNAHAN 1:11 2:3
much 20:18 25:20
  26:22
myself 40:3
M-O-N-C-E-L-V-O
  7:8

**N**

N 3:1
name 5:8 7:7 11:15,20
  19:12 20:12 21:3
  23:14 26:8 29:4 31:5
  33:13,15,22 48:1,8,11
  49:2 57:6,21 69:1
named 14:12 30:10
  68:6
names 20:2 21:20
  56:21
narcotics 8:11 10:9
  13:5 58:8
need 6:13 37:4
needed 27:8
neither 68:13
never 7:18 11:2 19:13
  29:13 33:5 42:3 45:1
  45:3 49:12 52:18
  57:17 59:17 62:3,5,6
  63:1 64:2
new 26:2,4 31:8,20
  32:12,22 33:3,8 38:20
  60:15 62:4 65:6
next 23:13 33:2 53:8
  54:8,10,11,12 59:24
  63:11,11,13 66:25
nickname 24:7 28:15
  33:24
night 22:3 42:3 47:9
  55:17,18 63:9
nine 52:17
nods 17:7 28:4 38:8
  54:4,7 56:19
Nope 5:12 38:1 39:12
  43:15
normally 40:13
norton 1:16 68:2,24

69:24
notarized 69:16,19
Notary 4:15 14:17,18
  14:20 17:12,12 68:2
nothing 6:20 12:6 27:2
  39:2 40:19,19 41:15
  43:1 45:10 64:15
  68:8
notice 4:20 68:5
noticed 43:12,14
November 3:13 13:16
  14:9 15:16 61:8
number 48:9 55:25
  58:5 59:5,8,11 60:14
  62:3,6 64:21

**O**

oath 56:2 68:9
object 12:17 20:21
  21:10 31:12,22 32:3
  32:18,23 34:20 35:8
  35:22 36:23 37:6
  42:9 46:3 47:21 57:2
  57:8
Objection 18:2 34:15
  35:16 51:6
objections 4:6,10
obligations 56:1
occasion 7:11
off 53:14,19,22 66:19
offend 12:15
offered 67:13
office 9:21,23 15:5,6,7
officer 46:19 48:14
  57:18
officers 20:2 21:16,17
  22:7 29:17 39:1
  47:24 52:18 54:6
  56:13,17 57:20 58:7
  59:17 60:3
official 49:12 57:18
Oh 7:20 39:25
okay 6:25 7:20 10:3
  12:16 16:8 17:2,18
  18:1 21:23 25:8
  28:14 30:13 32:8
  47:2,24 50:19 51:3,22
  52:23 53:7,14,18 55:2
  55:23,25 61:22 66:24
old 1:17 9:18
once 12:4 38:9,18 39:16
  41:3,12
one 9:9 10:12 11:14
  14:22 21:21 22:2,7,10
  22:13,22 45:24 46:7
  46:10,10,11,12 55:25
  57:24 61:7,16 67:4
only 13:7 20:17 29:19
  31:15 46:18 55:14
open 4:7 69:18
opportunity 49:4
orders 11:24 38:15
original 15:25 16:4
  17:14,16 69:10,12
originally 8:10
other 10:9,10,11,19
  13:5,6 20:1,2 21:16

21:17 24:17 26:23
  32:2 41:4 46:23 47:1
  56:17 57:17 58:7
  59:2
out 4:9 6:7 7:13 8:4
  19:8 24:1,20 26:20,21
  26:25,25 27:1,3 28:5
  31:9,16 39:8 41:12,15
  42:8 43:1 44:25 48:5
  53:15 54:21
outside 36:21 38:2
  69:19
over 7:1 24:19 26:5,6
  26:10 27:5 29:11
  30:22 44:21 55:25
  56:3 62:19,21
overnight 19:18,24
own 57:20 58:21 61:16
  64:25
owned 62:3,6

**P**

paddy 39:17,17 41:6
page 3:10 17:9 18:16
  18:17 23:13,17,19
pages 18:8
paper 19:8,11
papers 21:5 37:21,22
  49:7
paragraph 50:11 52:17
  56:7
parole 8:7,9,18 9:9
  10:12
paroled 8:3
part 12:16
particular 36:22 37:3
  43:5
parties 4:14 68:15,18
party 4:5 24:11,12
  26:11,12,12 50:16,18
  50:21,21,25 51:4,7,9
  61:1
PCP 13:2,3,6 36:15,19
  37:4,12 40:12,20,25
  42:4,7,14,15,20 43:19
  58:8 66:19
people 56:21 64:14
period 22:24
person 22:10,13 48:22
  60:5,7 68:6
pertain 69:7
Philly 37:20,21
phone 7:1
photocopy 16:7
photograph 51:25
  52:19 54:2,14,19,24
  55:3,11,13 59:18
photographs 52:7,13
  60:4 67:7,11,14
phrasing 32:4
physical 41:18
pick 41:6
picked 18:21 19:20
picture 52:24,25 53:9
  53:12,15 55:14,16,21
  59:21,22 62:24 63:1,2
  63:4,8,18 66:9,11

pictures 66:18
place 21:24 25:19 27:8
  36:10
plain 48:15
plaintiff 1:4 2:2
Plaintiffs 4:5
plays 40:23
please 6:12 13:12
point 6:11 42:1 52:2,6
  54:5 55:2 60:10
pointed 49:10
police 1:6 18:14,21
  19:2,16,18 20:2 21:17
  22:3,7 38:4 41:8,12
  46:18 47:8,24 48:20
  49:12 51:17 52:10,18
  54:6 56:13,17,23
  57:18,20 58:7,17,21
  59:3,17 64:24 65:19
  65:24 66:8 67:5 69:1
positive 17:19
possession 8:11 10:13
possible 25:18 31:18
  45:20 51:3,9,15
possibly 61:2
practice 46:1
preparation 58:20
  64:24
prepare 5:19 6:18
  14:24
prepared 21:14 58:16
  58:21 64:25
present 47:9
presented 52:2 62:15
presumably 57:6,20
pretty 20:18
prevent 5:25
prior 5:17 10:25 64:2
probably 26:15,16,23
  39:13 48:19 49:19
  50:6 51:1 54:8 55:17
  55:18,22 66:20,23
  67:1
probation 10:22 11:3,7
  11:8 16:12,15,18,19
  16:22,24
problem 32:4
promise 67:13
promised 59:5
proof 4:14
properly 69:20
prosecution 16:16
protective 69:11
prove 57:25
provide 65:19,23
prying 12:14
PTA 19:9 45:9 47:13
  49:7
public 4:15 17:12,12
  68:2
pupils 43:16
pursuant 68:4
put 14:22 18:5 39:17
  45:17 49:9 51:21
putting 23:15,22

**Q**

qualified 68:3
question 4:7,11 6:5,6
  6:11 12:13,18 18:3
  20:22,24 21:11 31:13
  31:23,25 32:5,5,7,19
  32:24 34:21 35:9,12
  35:23 36:24 37:7
  42:10 46:4 47:22
  57:3,9,11,13 60:7
  67:4
questions 6:1 10:5
  20:19 47:1,7 62:10,13
quite 56:20

**R**

raised 15:25 16:6 17:15
  17:25 45:3
Ramika 27:24 28:14,18
  30:7 33:13 63:25
  66:3
Ramika's 28:2
reaching 29:11
read 19:13 29:12,13
  45:12,23,24 46:2,8,11
  46:15,19,23 49:5
  61:11 62:19,21
reader 30:4
reading 4:19 29:14
  45:21
READING/SIGNING
  69:14
ready 6:6 10:3
really 29:8 35:4 43:8
reason 32:21
recall 23:15,22 53:17
  54:20
receive 69:16
recent 27:15
recollection 18:19
  20:25 64:9
record 13:13 18:5 44:4
  44:10,13 53:19,22,25
  59:13 68:11
records 52:3
Recross 3:8
RECROSS-EXAMI...
  67:2
red 43:15,17
redirect 3:7 62:11
reduced 68:10
referring 46:13 62:15
regular 8:6 16:19 37:22
  48:16
reinstated 16:25
related 68:14
relationship 11:22
  12:10
relative 68:16
relaxed 43:1,6,8
remember 20:2,4,5
  25:15 36:11 38:19,23
  38:24 43:23,25 44:2,5
  44:7 63:2,3,6,7
rent 27:12
repeat 32:7
rephrase 6:13 57:14
reporter 1:16 6:4 31:16

55:6
reporting 1:17 69:25
reports 54:22
representing 2:2,6 47:6
reputation 44:24
request 41:23
reserves 4:6
reserving 4:8
resist 38:10
resisting 41:1,17
resolution 11:5
response 54:15 60:3
rest 34:10
restroom 6:14
result 16:21
retain 69:20
Review 49:13
right 4:6,9 6:25 8:22,23
  10:11,11 11:17 14:2
  14:21 15:3 16:10,20
  17:2 19:2,10 20:20
  21:8,13 25:11 26:11
  27:13,25 28:20 29:10
  30:10,19 31:11 32:16
  32:22 34:25 35:2
  39:7,9 40:23 45:8,11
  45:15,17,18,19 46:16
  47:18,20 48:13 49:9
  49:13 56:5 58:14
  63:10,21 64:11,20
  65:4,6,8,10,12,18
Road 1:17
robbery 12:10 16:11
  19:4,5,6 25:19 43:24
  44:1,9 52:3,20 59:11
  59:19 60:11
rolling 37:21
room 22:12,14,21
  27:12 48:13 63:14
RPR 1:16 68:24
Rubio 24:4,5,9
rules 5:15
run 38:5
running 19:22

**S**

S 1:16 68:2,24 69:24
SACK 2:7
sale 10:9,14,20
same 33:21 38:22 50:6
  54:24 55:17 61:6
  63:24
saw 33:25 63:1
saying 48:7 64:1
says 14:4 17:5,12 18:12
  21:6,7,13 30:14 32:3
  33:2 34:12 52:18
  55:25 56:7 58:5
  60:14
school 9:11,12
scream 40:11
screaming 39:1 40:8,10
  43:10
seal 16:1 17:15,25
  68:21
sealed 69:11,18
searching 18:25

second 17:9 18:17
  23:17,19 24:25 29:1
  33:21 53:20 63:21
see 16:3 23:18 36:3
seems 35:13
seen 7:2 64:16
selling 8:11 44:24
sentence 8:12 33:2
September 56:5 62:25
  63:4
serve 8:14 11:9 16:21
service 1:17 69:25
set 67:16 68:20
seven 59:5
shake 47:25
Shawna 29:5 33:22
SHEET 69:17
sheets 69:19
shirt 48:17 62:3
shit 40:1 45:7
Shonta 29:6 33:23 66:6
shop 44:10,13
show 14:2 52:6 55:3,16
  63:7,13
showed 52:13,19,24,25
  53:12 54:24 55:11,12
  55:14,20,21 59:17,21
  59:22 63:2,4,8,11,18
showing 17:2 60:4
  66:18
shown 54:2,14
sidewalk 61:3
sign 9:13 10:4 19:8,11
  21:14 45:7,18 46:1
  49:6,8,10 53:14 54:16
  54:18 62:18 67:6
signature 14:10,21
  17:8 18:14,16
signed 10:8 15:14
  29:13 45:20 46:8,15
  46:21 51:18 56:4
  58:11 59:6,8 61:8
  62:14 67:4,10 69:23
signing 4:19 9:14 45:13
  47:19
silver 62:7
since 5:23 6:4 7:22
  12:25 49:22
sir 14:9 18:6,16 20:7,24
  23:9,17 29:11 35:13
sit 18:19 34:17
sitting 39:22,24 42:13
situation 29:21 43:5
six 8:19 27:4 56:7,9
  64:21
slower 42:17,18,18,20
  42:22 43:13,13
smoke 37:13,14,17,19
  43:17
smoked 38:1
smoking 12:25
some 6:11 11:9 22:11
  30:12,13 34:18 35:2
  35:20 38:24 41:4
  53:15 54:5 64:14
  65:20
somebody 23:7 55:1

someone 14:12 52:14 54:25 55:2
something 6:14 10:8,14 16:17,19 17:1 19:9 26:24 29:5 37:14,20 49:19 51:13 55:19 66:16
sometime 9:25 19:23 27:7 53:2
somewhere 24:1
soon 53:7
sorry 9:4 12:14 24:5 28:12
sorts 9:14
sound 20:14 27:25
Spanish 30:10,15 33:3
speak 40:17 55:5
speaking 32:10 33:18 35:20 45:2
specific 4:6 18:19 64:8
specifically 20:25
SPECTOR 2:7
spend 35:20 59:6
spent 19:15 34:24
SRU 1:6
stamp 14:20
start 35:19
started 26:20,21 38:5
state 12:14 16:10 68:3
statement 3:15 13:24 14:24 18:12,13 19:13 23:3 29:10 30:17 46:19 47:20 48:14 49:5 51:18 52:18,21 56:18,23,25 57:23,24 58:10,16,17,20,21 59:7,9,9,15,20 61:9 61:21 64:24,25 65:22 67:5,10
statements 54:22 58:22
states 1:1 33:10
station 19:18 41:9,13
stay 27:8 30:5
stayed 19:18
staying 19:24 24:21
still 8:7 9:6,6 50:6 61:6 63:9
STIPULATED 4:4,13 4:18
STIPULATIONS 4:2
store 44:4 52:3 59:13
street 1:12 2:3 7:24,25 8:2 18:23 24:2,24 25:1,6,9 27:5,6,14,18 28:9 30:16 33:12,23 33:24 38:2 39:7 44:17,19,20,20 50:13 50:17,22,23 51:4,10 59:13 60:20 61:1,6,7 61:25 63:24 65:8
strike 4:9
stripped 21:19
stuff 18:25 36:5 37:24
supervision 68:11
supplemental 54:22
support 11:25 12:3
sure 49:13 50:8 54:10

56:20
swore 14:13 20:8 62:25
sworn 5:3 17:11 68:7

— T —
TaKahia 11:16,21
take 6:13,15 14:5 17:4 18:7 19:16 21:23 22:23 45:12 51:22,25 62:17
taken 4:16 12:2 18:13 36:19 68:16
taking 6:10 36:10 57:24
talk 6:22,22 42:17,19 42:22 48:5
talked 20:3 22:7,11,17 29:20
talking 32:11 36:2 39:5 40:2 42:16 43:11,12 43:23
tall 49:17,20 50:5 56:8 56:9
tape 58:10
Tel 1:18
tell 5:25 6:17,20 7:1 10:7 12:11,20,23 14:5 18:8 20:10 23:24 26:19 29:17,23 30:9 32:7 33:14 34:1,7 36:9 39:11,13 41:25 42:2 45:6 49:13 64:21 66:8,11
telling 29:16 31:10 44:2
temp 8:23,25 9:2
ten 60:14
testified 5:4 50:15 56:20 57:16 60:24,24
testify 68:8
testimony 29:12 62:23 68:12
Thanks 66:24 67:17
their 38:15 44:24 57:20 58:21 64:25
themselves 48:1,11
THEREOF 68:20
thereto 4:8
thing 52:10
things 8:20 9:14 35:2 40:23 46:1
think 9:24 10:2 13:4 16:25 17:16 19:20 21:21,25 22:5,9,16,25 24:16 25:16,17 27:4 31:9 32:14 35:5 36:20 38:22 40:15 41:5,7,8,14,14,16 42:6,17,24 43:15 46:25 48:16,16,18 49:6,24 50:7,20,20 51:1 53:4,8,8 54:2,8 54:11,12,17 55:1,4,7 55:9,19 59:4 61:4,4 64:4,5,7 67:16
thinking 35:19
third 28:11,13,14 33:11
Thompson 26:9 50:14

60:21
though 43:3 44:10
three 8:17 10:19 33:10 37:8,10,11,11 41:14 56:9
through 16:4 23:25 30:12 35:18 55:23,24
tie 48:17
time 5:13 9:20 10:24,25 11:9,9 12:24 13:1 15:16 16:11,21 19:15 19:20,21 20:25 22:2,8 22:17,17,21,24 24:15 25:5,13,20 26:4,13 30:18 31:18 35:20 36:10,12,15 38:5 39:8 40:2 41:25 43:4 45:12 49:17,22 50:5 50:16 52:2,6 53:12 54:5 55:2,12,15 56:15 58:5,23 59:6 60:1,10 61:5,7 63:24 66:18
TINDALL 1:12 2:3
today 6:19 18:20 50:15 62:24 63:6 65:1 66:3
together 51:5,11 60:12
told 5:21 6:24 21:4,5,9 30:17,22,25 31:4,19 31:19 32:11,12,16 33:15,17,18,20 34:3 34:11 35:2,5,6 42:3 45:17 47:15 49:8 57:6,12 63:20 65:1,1 65:16,25
Tomorrow 9:13
top 14:4 17:4 18:12 49:9
TRANSCRIPT 69:10 69:13
Tri-State 9:3,5
trouble 27:2
true 10:6,6,7 23:1 29:18 34:19 52:21 58:3 59:14 61:20 62:1,18,25 68:11
truth 5:25 14:13 36:9 68:8,8
trying 12:15 26:25 27:1 55:4
TV 40:23
two 8:17 18:8 28:2 41:14 46:23 56:7
two-page 17:9
type 23:5 36:5 48:7 53:15 54:21
typed 15:9,10,12 23:7 46:10,10 49:5 54:25 61:16 67:5
typing 36:2,3 48:14 52:11 56:25 63:14
tyszka 1:17 69:25
T-A 11:16

— U —
Uh-huh 25:12
Uh-hum 8:1 15:23 16:13 17:23 18:18

22:15 23:10,21,23 25:7,10,24 29:15,22 30:11 38:6 41:10 46:9,17,24 56:6 57:19 57:22 58:13,15 61:12 65:3,9
under 5:24 16:16 40:13 58:7 60:1 66:17 68:10
understand 6:12 10:25 31:25 32:5,6 38:15 56:1
understanding 6:1
uniform 48:15,20
UNITED 1:1
until 11:5
upstairs 19:3
use 6:14 12:12,23 37:19
used 13:6 65:6

— V —
Vermont 18:23
Vince 28:20,22 29:7 33:21 34:1,5 55:3,11 63:21 64:9 65:10,12 65:16 66:12,14
Vincent 61:22
violated 16:14,16
violation 16:22
voice 45:4
voluntarily 61:8
voluntary 3:15 13:24 18:11,13 19:13
volunteer 58:19 64:23
vs 1:5 69:1

— W —
wagon 39:17,18 41:6
waived 4:16,20,20 69:14
walking 50:13 60:20
want 5:7 12:5,7 16:2 27:12 45:7
wanted 19:10 28:5 33:3 45:11
Warner 39:7
warrant 12:22 21:6 39:11
wasn't 24:12 26:12,25 29:8 40:7 43:8,10 48:20 51:7,9
Waterbury 1:13 2:4 5:9 18:13 21:16 26:1 31:7,21 32:13 50:12 50:14 56:13,17 59:14 60:19,21
waving 39:6
way 11:17 32:4 42:16 42:18 53:9 57:25 61:6
ways 51:1
wearing 38:21,23
weed 45:1
well 8:20 12:18,25 14:8 14:22 15:25 16:1 19:7 20:24 26:23 28:25 29:7 30:18

40:12 47:7 62:19
went 7:13 12:4 22:21 36:20 38:1 47:16 51:4,10
were 8:9 9:2 10:20,24 11:8 12:10,21 16:11 16:12 17:22 18:20,24 18:25 19:16,22 20:8 20:11 21:2,6,7,15,17 22:1,6 24:13,19,25 25:3,5,13 28:22 29:6 31:10 32:10 36:2,7,13 38:12,15,21,23 39:1 39:13,21,23 40:2,4,10 41:3,25 42:3,7 43:6,9 43:12,13 45:2,12 46:18 47:7 48:13 49:17 50:2 52:2,11 54:2,5,14 56:3,8,12 56:15 58:7 60:1 63:8 63:9,14,17 66:18
weren't 26:12 41:17 56:20
West 1:18 2:8
we'll 6:15 19:8 30:12
we're 42:12 43:22 67:16
Whalley 11:2
while 39:21 43:11 63:8 63:13
white 69:11
whole 19:15
Wilson 14:13
wit 68:7
witness 3:2 4:8 17:7 28:4 38:8 54:4,7 56:19 68:12,20
witnesses 52:3
words 62:4
work 44:21
worked 14:23 15:21
working 8:22 9:2 15:18
worn 66:19
wouldn't 47:13
wound 19:24
wrap 37:20,21
write 15:3 58:10
writes 57:23
writing 68:10
written 61:9 62:4
wrong 49:14
wrote 15:4 46:9

— X —
X 3:1 69:10,12,14,14

— Y —
yeah 5:22 7:12 8:8,21 9:8 10:13 17:13 20:20 23:16 24:6,10 24:25 25:2,16 26:7 27:22 28:1,6 29:3 30:24 31:3,17 32:14 33:19 34:3,22 35:1 36:6 37:18 40:15,24 42:21,23 44:11 45:5 47:11 49:24 51:12,14

51:16,24 52:1,8,12
53:1,6 54:7,9,13
55:10 56:14,19 57:22
58:4,9 59:1,16,23,25
60:6 61:14,17 62:2,8
63:5,7,19 65:13,15,21
65:25 66:15,17 67:12
67:15
**year** 7:22 25:22
**years** 8:13,14 10:20
16:19
**yelling** 39:1
**York** 26:2,4 31:8,20
32:12,22 33:3,8 60:15
62:4 65:6
**Yup** 6:9 14:7 25:14
58:18

---
**#**
---
**#00105** 68:24
**#105** 1:16

---
**0**
---
**00945** 1:6
**06091** 1:18
**06119-1544** 2:8
**06722** 1:13

---
**1**
---
**1** 3:13 13:15 14:3 46:7
46:15 61:10,20
**10** 3:13 13:16 14:9 61:8
**10:34** 67:19
**11** 50:11
**11th** 68:21
**13** 3:13,14,15
**14** 61:22
**141** 1:12 2:3
**15** 18:21 36:20 56:12
62:3,25
**15th** 56:4 63:4
**16** 12:25 24:23,24 62:6
**18** 30:14,18 56:1,3
59:12
**189** 1:17
**1998** 25:23 30:14
**1999** 18:22 25:15 56:12
59:12

---
**2**
---
**2** 3:14 13:19 17:3 20:7
29:16 45:22 46:15
50:10 52:17 55:24
58:5 62:16 64:22
**2002** 3:13 13:16 14:9
15:1,17 61:8
**2003** 1:11
**2004** 68:6,21 69:5
**2007** 68:25
**24** 9:19,20
**26** 27:6 33:12

---
**3**
---
**3** 3:15 13:23 18:6 23:2
34:10 58:12 59:8
**3:01CV00945(SRU)**
69:3

**3:91** 1:6
**30** 21:25 22:1,23 29:20
34:24 35:21 45:2
**31** 68:25
**379-7955** 1:18

---
**4**
---
**4-18-79** 9:17
**45** 21:25 22:1 29:21
34:24 35:21 45:2
**45-minute** 22:23
**47** 3:6

---
**5**
---
**5** 3:5

---
**6**
---
**6** 58:10
**6'3** 49:19 50:2
**6'4** 49:21,25
**62** 3:7
**67** 3:8
**69** 25:8,11 30:15

---
**7**
---
**707** 59:13

---
**8**
---
**8** 1:11 69:5
**8th** 68:6
**836** 2:7
**860** 1:18

---
**9**
---
**9** 5:9 7:21
**9:30** 5:1
**98** 24:1 25:18 27:9
31:18
**99** 25:17,18 27:7,16,17
49:23 50:4 56:8