HONORABLE **Stefan Underhill** CT/cvmhrg (January 10, 2002)
DEPUTY CLERK **Mentz**   RPTR/ERO/TAPE **Catucci**

TOTAL TIME: ___ hours **50** minutes

DATE **2-9-04**   START TIME **10:30**   END TIME **11:20**
LUNCH RECESS FROM _____ TO _____
RECESS FROM _____ TO _____ (if more than 1/2 hour)

CIVIL NO. **3:01cv945 (SRU)**

**DeLeon**
vs.
**Flaherty**

Plaintiffs Counsel: **Jason Lipsky**
☐ SEE ATTACHED CALENDAR FOR COUNSEL
Defendants Counsel: **Michelle Lipsky**

## COURTROOM MINUTES - CIVIL (check one box)

- ☑ (mhrgh) Motion Hearing
- ☐ (confmhrg.) Confirmation Hearing
- ☐ (showhrg.) Show Cause Hearing
- ☐ (contmphrg.) Contempt Hearing
- ☐ (evidhrg.) Evidentiary Hearing
- ☐ (jgmdbexam.) Judgment Debtor Exam
- ☐ (pchrg.) Probable Cause Hearing
- ☐ (fairhrg.) Fairness Hearing
- ☐ (stlmthrg.) Settlement Hearing
- ☐ (mischrg.) Miscellaneous Hearing

MOTION DOCUMENT NO.

- ☑ #32 Motion **for Summary Judgment**
- ☐ # Motion **granted as to all defts**
- ☐ # Motion **except as to David Balnis**

___ Hearing continued until ___ at ___