```
                    UNITED STATES DISTRICT COURT
                       DISTRICT OF CONNECTICUT

JESUS M. DeLEON,                    :   NO.:  3:01CV00945 (SRU)
     Plaintiff,                                           (WIG)

vs.

POLICE CHIEF EDWARD FLAHERTY,
DETECTIVE DAVID BALNIS,
SERGEANT EUGENE M. COYLE,
SERGEANT EDWARD PEKRUL; DETECTIVE
PHILIP DISTISO, DETECTIVE GARY
PALOSI, OFFICER EDWARD APICELLA,
OFFICER CHRISTOPHER SHEA,
OFFICER CHRISTOPHER CORBETT,
SERGEANT JAMES NARDOZZI, AND
SERGEANT ROBERT MAXWELL,
     Defendants.                    :   APRIL 20, 2004
```

**<u>APPEARANCE</u>**

Please enter the appearance of **MARC H. VIDONE**, as counsel for all defendants in the above entitled action, in addition to those appearances already on file.

```
                              DEFENDANTS, POLICE CHIEF
                              EDWARD FLAHERTY, ET AL.


                        BY_____
                           Marc H. Vidone
                           Federal Bar No.: ct22741
                           Sack, Spector & Karsten
                           836 Farmington Avenue
                           West Hartford, CT 06119
                           Their Attorney
```

**CERTIFICATION**

This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of April, 2004, to the following counsel of record:

Jason M. Lipsky, Esquire
Moynahan, Ruskin, Mascolo
& Minnella
P.O. Box 2242
Waterbury, CT  06702

```
                              _____
                              Marc H. Vidone
```