UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JESUS M. DeLEON,                     :   NO.: 3:01CV00945 (SRU)
    Plaintiff,                                                     (WIG)

vs.

POLICE CHIEF EDWARD FLAHERTY,
DETECTIVE DAVID BALNIS,
SERGEANT EUGENE M. COYLE,
SERGEANT EDWARD PEKRUL; DETECTIVE
PHILIP DISTISO, DETECTIVE GARY
PALOSI, OFFICER EDWARD APICELLA,
OFFICER CHRISTOPHER SHEA,
OFFICER CHRISTOPHER CORBETT,
SERGEANT JAMES NARDOZZI, AND
SERGEANT ROBERT MAXWELL,
    Defendants.                      :   APRIL 20, 2004

### MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the parties respectfully request an extension of time to file their joint trial memorandum. The parties are presently ordered to file the memorandum on April 23, 2004, and are scheduled for appearance at a trial calendar call on May 7, 2004. The parties are seeking a thirty (30) day extension from each of those dates. Good cause exists for this extension based on the following:

1. The parties are actively engaging in settlement discussions. At this time the parties are engaging in informal mediation and may seek additional assistance by way of a private mediator;

2. The parties have, in fact, already determined what the range of settlement will be;

3. Counsel for the plaintiff must attend to a family matter that requires her to be out of state for the remainder of this week;

4. This is the first request for an extension and the parties are in agreement.

                                      DEFENDANTS, POLICE CHIEF
                                      EDWARD FLAHERTY, ET AL.

BY_____
  Marc H. Vidone
  Federal Bar No.: ct22741
  Michelle Holmes
  Federal Bar No.: ct20014
  Sack, Spector & Karsten
  836 Farmington Avenue
  West Hartford, CT 06119
  Their Attorney

## **CERTIFICATION**

    This is to certify that a copy of the foregoing has been mailed, postage prepaid, this 20th day of April, 2004, to the following counsel of record:

Jason M. Lipsky, Esquire
Moynahan, Ruskin, Mascolo
& Minnella
P.O. Box 2242
Waterbury, CT  06702

                                             _____
                                             Marc H. Vidone