**FILED**

2004 APR 22 P 12: 48

U.S. DISTRICT COURT
BRIDGEPORT. CONN

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESUS M. DeLEON,<br>    Plaintiff, | :  NO.: 3:01CV00945 (SRU)<br>:                             (WIG) |
| vs. | |
| POLICE CHIEF EDWARD FLAHERTY,<br>DETECTIVE DAVID BALNIS,<br>SERGEANT EUGENE M. COYLE,<br>SERGEANT EDWARD PEKRUL; DETECTIVE<br>PHILIP DISTISO, DETECTIVE GARY<br>PALOSI, OFFICER EDWARD APICELLA,<br>OFFICER CHRISTOPHER SHEA,<br>OFFICER CHRISTOPHER CORBETT,<br>SERGEANT JAMES NARDOZZI, AND<br>SERGEANT ROBERT MAXWELL,<br>    Defendants. | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:  APRIL 20, 2004 |

FILED 2004 APR 30 A 8:47
U.S. DISTRICT COURT
BRIDGEPORT. CONN

## MOTION FOR EXTENSION OF TIME

Pursuant to Federal Rule of Civil Procedure 6(b), the parties respectfully request an extension of time to file their joint trial memorandum. The parties are presently ordered to file the memorandum on April 23, 2004, and are scheduled for appearance at a trial calendar call on May 7, 2004. The parties are seeking a thirty (30) day extension from each of those dates. Good cause exists for this extension based on the following:

[Left margin handwritten notation:]
GRANTED. The parties have until May 28, 2004 to submit their joint pretrial memorandum. Trial calendar call is scheduled for June 11, 2004 at 10:00 a.m. So ordered.
Stefan R. Underhill
United States District Judge
04/29/04

**SACK, SPECTOR AND KARSTEN, LLP • *ATTORNEYS AT LAW***
836 FARMINGTON AVE., SUITE 221 • WEST HARTFORD, CT 06119-1544 • (860) 233-8251 • JURIS NO. 52776