UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| JESUS M. DeLEON<br>Plaintiff | NO. 3:01 CV 00945 (SRU) |
| vs. | |
| POLICE CHIEF EDWARD FLAHERTY, ET AL.<br>Defendants | MAY 27, 2003 |

**JOINT MOTION FOR ENLARGEMENT OF TIME
TO FILE JOINT TRIAL MANAGEMENT REPORT**

Pursuant to this Court's previous Order, the parties' joint trial management report is due on Friday, May 28, 2004. The undersigned counsel, representing the plaintiff, and acting jointly with the consent of defense counsel, Attorney Michelle Holmes, hereby requests an additional five (5) days, or until end of day on Wednesday, June 2, 2004, for the filing of the parties' joint trial management report. Good cause exists for the granting of this motion for enlargement of time:

1.    Since the court's prior Order, the parties have negotiated in good faith, and continue to negotiate in an effort to resolve the case short of trial. Both counsel now need additional time to finish their respective portion of the joint trial report for submission to the court.

2.    The undersigned recently concluded a pending jury trial in state court, and is preparing another trial for mid-June jury selection date, and requires additional time to prepare his portion of the joint trial report.

3.  Attorney Michelle Holmes, counsel for the defendants, has experienced a very recent death to a close personal family member, and has been away from her office, and also requires additional time to prepare her portion of the joint trial report.

4.  Both counsel are prepared to use the pending holiday break/weekend to work on their submissions.

5.  The additional five days will not prejudice the case's pending trial calendar call on June 11, 2004.

6.  Both counsel have agreed to continue attempts at settlement in an effort to resolve the case short of trial.

WHEREFORE, the parties jointly request that the Court grant the instant motion and permit the parties until end of day on June 2, 2004 to file their joint trial management report.

                                THE PLAINTIFF
                                JESUS DeLEON

                        By:     _____
                                Jason M. Lipsky
                                MOYNAHAN, MINNELLA &
                                TINDALL, L.L.C.
                                141 East Main Street, P.O. Box 2242
                                Waterbury, CT 06722
                                Federal Bar No. CT18332

CERTIFICATION

Michelle Holmes, Esq.
Sack Specter & Karsten LLP
836 Farmington Ave., Suite 221
West Hartford, CT 06119

_____
Jason M. Lipsky