```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

JESUS M. DeLEON,                    :  NO.: 3:01CV00945 (SRU)
     Plaintiff                                        (WIG)

vs.


DETECTIVE DAVID BALNIS,
     Defendant                      :  JUNE 2, 2004
```

### **DEFENDANTS' PROPOSED JURY VERDICT FORM**

In the above captioned civil action, we the jury unanimously find as follows:

<u>FALSE ARREST</u>

1. Has the plaintiff proven by a fair preponderance of the evidence that he was arrested without probable cause by the defendant David Balnis:

    Yes____   No____


If your answer to question number 1 is yes, go directly to question number 2. If you answered No to question number 1, go directly to question number 8.

2. As to defendant Balnis for whom you answered Yes to Question 1, has the defendant proven that he is entitled to qualified immunity from liability on plaintiff's claims of unlawful arrest?

Yes____   No____

3. If your answer to Question 1 is Yes and your answer to Question 2 is No, what compensatory damages (if any) do you find the plaintiff has proven by a fair preponderance of the evidence?

$_____.

4. If your answer to Question 1 is Yes and your answer to Question 2 is No as to any defendant, do you determine in your discretion that an award of punitive damages is appropriate?  If so, in what amount?

$_____

<u>MALICIOUS PROSECTUION</u>

5. Has the plaintiff proven his claim for malicious prosecution in that the defendant both violated the plaintiff's

right to be free from false arrest and acted with malice.

      Yes\_\_\_\_\_   No_____

6.   If your answer to Question 5 is Yes, what compensatory damages (if any) do you find the plaintiff has proven by a fair preponderance of the evidence?  (Note that you may not award the plaintiff compensatory damages both for the false arrest and malicious prosecution).

      $_____.

7.   If your answer to Question 5 is Yes, do you determine in your discretion that an award of punitive damages is appropriate?  If so, in what amount?

      $_____

INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS

8.   Has the plaintiff proven that the defendant caused him to suffer from intentional infliction of emotional distress?

      Yes \_\_\_\_\_     No _____

9.  If your answer to question number 8 is yes, what damages do you award the plaintiff?

$_____

You have now completed your deliberations.  The foreperson must sign and date the form in ink.  Please inform the Marshall that you have reached a unanimous verdict.

_____
Foreperson

_____
Date