```
              UNITED STATES DISTRICT COURT
                DISTRICT OF CONNECTICUT

JESUS M. DeLEON,                  :   NO.:  3:01CV00945 (SRU)
     Plaintiff                                          (WIG)

vs.

DETECTIVE DAVID BALNIS,
     Defendant                    :   JUNE 2, 2004
```

### DEFENDANTS' PROPOSED VOIR DIRE QUESTIONS

1. Have you or any member(s) of your family ever sued or made a claim for damages against the police? If so, describe the occurrence upon which you or your family member based the lawsuit or claim.

2. Have you or any member(s) of your family made any formal complaint against a police officer? If so, described the incident upon which the complaint or complaints were based.

3. Have you or any member(s) of your family been involved in what you would consider to be a negative or unpleasant situation with the police? If so, please describe.

4. Do you feel that your previous involvement in any of these situations would be likely to affect your ability to be completely objective and impartial in this case?

     5.   Have any of you ever served on a jury which heard claims of police misconduct or violation of constitutional rights?

     6.   Have any of you heard or read anything about the Waterbury Police Department or its officers, or heard or read anything about police officers in general, which would in any way interfere with your ability to be completely objective and impartial concerning the evidence of this case?

     7.   Do any of you have any strong opinions, ideas or thoughts about claims of deprivation of constitutional rights such as those involved in this case?  If so, would you please describe?

     8.   Would any of your feelings or ideas concerning claims similar to the ones before us today as I have described them to you prevent you from being absolutely fair and impartial in considering this case solely on the basis of the evidence and the law as the court will give it to you?

     9.   If the court were to instruct you that the law applied to this case could result in your having the duty to send the

plaintiff away with no recovery, would you have any difficulty in making that decision?

    10. In considering this case, would you be able to put aside any feeling of sympathy you may have for the plaintiff, and decide this case solely on the basis of the evidence and the law as the Court will give it to you?

    11. Have you ever been a victim of any type of racial or ethnic discrimination?