UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESUS M. DeLEON | : | NO. 3:01 CV 00945 (SRU) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| POLICE CHIEF EDWARD FLAHERTY, ET AL. | : | |
|     Defendants | : | JUNE 2, 2004 |

**PLAINTIFF'S MOTION IN LIMINE RE: SUBSEQUENT CRIMINAL CONVICTIONS**

    The Plaintiff, **JESUS DELEON**, pursuant to Federal Rules of Evidence 403 and 609, hereby moves this Court to enjoin the Defendants from referring to or mentioning, via testimony, exhibits, arguments or inferences, any criminal convictions of the Plaintiff, which occurred subsequent to the events at issue in this action, for the purpose of impeaching the Plaintiff.

    Although the Plaintiff contends that said evidence is irrelevant to the matters at issue in this case, any probative value said evidence may have with regard to the impeachability of the Plaintiff is substantially outweighed by the danger of unfair prejudice, confusion of the issues, and the potential said evidence would have to mislead the jury.

1

For the foregoing reasons, the Plaintiff respectfully moves the Court to grant the foregoing Motion *in limine* barring all evidence of the Plaintiff's subsequent criminal convictions in the trial of this case.

A Memorandum in Support of this Motion is attached hereto.

        THE PLAINTIFF
        JESUS DeLEON


By:    _____
        Jason M. Lipsky
        MOYNAHAN, MINNELLA &
        TINDALL, L.L.C.
        141 East Main Street, P.O. Box 2242
        Waterbury, CT 06722
        Federal Bar No. CT18332

CERTIFICATION

I hereby certify that a true copy of the foregoing motion was sent to the following counsel of record on this 2nd day of June 2004:

Michelle Holmes, Esq.
Sack Specter & Karsten LLP
836 Farmington Ave., Suite 221
West Hartford, CT 06119

_____
Jason M. Lipsky