UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Jesus DeLeon                    :
                               :
                               :
v.                             :    CIV. NO. 3:01cv945(HBF)
                               :
                               :
David Balnis                   :
                               :
                               :
                               :
                               :    OCTOBER 5, 2004
                               :

VERDICT FORM

We, the jury, unanimously find:

## Part I.  FEDERAL CLAIMS

1.  Was the defendant, SARGEANT DAVID BALNIS, acting under color of state law?

YES___✓_____          NO_____

FALSE ARREST

2.  Did plaintiff JESUS DELEON prove, by a preponderance of evidence, that the conduct of SARGEANT BALNIS deprived him of the right to be free from false arrest, that is, arrest without probable cause?

YES_____          NO___✓_____

**If you answered "YES" to Question 2, proceed to Question 3. If you answered "NO", go to Part II.**

3.  Was that unconstitutional conduct of SARGEANT BALNIS the proximate cause of injury and any consequent damages that MR. DELEON claims he sustained?

YES_____          NO_____

4. What amount of damages do you find will fairly, reasonably and justly compensate MR. DELEON for those injuries? In answer to this question, you may only compensate for injury experienced by MR. DELEON from the time of his arrest until time of his arraignment.

$_____

## MALICIOUS PROSECUTION

5. If you answered YES to QUESTION 2, did SARGEANT BALNIS act with malice?

YES_____          NO_____

6. Was that unconstitutional conduct of SARGEANT BALNIS the proximate cause of injury and any consequent damages that MR. DELEON claims he sustained?

YES_____          NO_____

7. What sum do you find will fairly, reasonably and justly compensate MR. DELEON for those injuries?  In answer to this question, you may only compensate for injury experienced by MR. DELEON from the time of his arraignment until time the charges against him were dismissed.

$_____

## PUNITIVE DAMAGES

8. If you awarded actual or nominal damages in response to Question 4 or Question 7, do you find that punitive damages are appropriate for either claim, keeping in mind the charge on punitive damages?

YES_____          NO_____

If yes, in what amount?

$_____

2

**PART II:  STATE LAW CLAIM:  INTENTIONAL INFLICTION OF EMOTIONAL DISTRESS**

9.    Has MR. DELEON proven by a preponderance of evidence that SARGEANT BALNIS intended to inflict emotional distress or that he knew, or should have known, that emotional distress was a likely result of his conduct?

YES_____                    NO___✓_____

10.   Has MR. DELEON proven by a preponderance of evidence that the conduct of SARGEANT BALNIS was extreme and outrageous, keeping in mind the charge on these elements?

YES_____                    NO___✓_____

11. Has MR. DELEON proven by a preponderance of evidence that the conduct of SARGEANT BALNIS was the cause of his distress?

YES_____                    NO___✓_____

12. Has MR. DELEON proven by a preponderance of evidence that the emotional distress sustained by the plaintiff was severe?

YES_____                    NO___✓_____

If you answered YES to Questions 9-12, proceed to Question 13. If not, proceed to Part II.

13. Keeping in mind the court's instructions on duplication of damages, what additional amount, if any, do you award to compensate MR. DELEON for the emotional distress intentionally inflicted by SARGEANT BALNIS?

$ _____

**Proceed to Part III.**

3

**PART III: ADDITIONAL QUESTIONS**
ANSWER THESE QUESTIONS ONLY IF YOU HAVE FOUND SARGEANT BALNIS
LIABLE ON THE FALSE ARREST CLAIM.

    14. If SARGEANT BALNIS included the following information in
his arrest warrant application, do you find it would have
resulted in a finding of no probable cause by the judge?

        a. Carl Brown's height?

        YES_____        NO_____

        b. The inability to confirm that JESUS DELEON was
        wanted on an outstanding warrant in New York?

        YES_____        NO_____

    15. Do you find that Carl Brown provided SARGEANT BALNIS
with facts that implicated himself and JESUS DELEON in the armed
robbery?

    YES_____        NO_____

    16. Do you find that SARGEANT BALNIS knew that Carl Brown
was under the influence of drugs at the time Brown was
interviewed?

    YES_____        NO_____

    17. Did SARGEANT BALNIS believe that there was probable
cause for the arrest of JESUS DELEON?

    YES_____        NO_____

    18. If yes to Question 17, was that belief reasonable?

    YES_____        NO_____

    **When you have finished answering the questions on this form,
the form should be signed and dated by the foreperson and you
should then report your verdict.**

_____      _10/5/04_
Foreperson                    Date