UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JESUS M. DELEON | : | 3:01cv945(HBF) |
| | : | |
| v. | : | |
| | : | |
| DAVID BALNIS, EUGENE M. COYLE, EDWARD PEKRUL, PHILIP DISITISO, GARY PALOSI EDWARD APICELLA, CHRISTOPHER SHEA, CHRISTOPHER CORBETT, JAMES NARDOZZI, ROBERT MAXWELL, EDWARD FLAHERTY | : | |

J U D G M E N T

This action came on for trial before a jury and the Honorable Holly B. Fitzsimmons, United States Magistrate Judge, after a Consent to Proceed Before a United States Magistrate Judge was filed on October 4, 2004.  On October 5, 2004, after deliberation, the jury returned a verdict in favor of defendant David Balnis.  On February 9, 2004, Judge Stefan R. Underhill granted a Motion for Summary Judgment as to the remaining defendants.

It is therefore ORDERED and ADJUDGED that judgment is hereby entered in favor of defendants and the case is closed.

Dated at Bridgeport, Connecticut this 7th day of October 2004.

KEVIN F. ROWE, Clerk

By_____/s/_____
        Deputy Clerk

Entered on Docket_____